

Form B6 SUM W (11-95)

Blumberg Excelsior, Publisher, NYC 10013

# UNITED STATES BANKRUPTCY COURT   NORTHERN DISTRICT OF NEW YORK

In re: Wizard Works Product Devel. Co.

Debtor(s)   Case No. 03-15721   (if known)

See summary below for the list of schedules. Include Unsworn Declaration under Penalty of Perjury at the end.

GENERAL INSTRUCTIONS: Schedules D, E and F have been designed for the listing of each claim only once. Even when a claim is secured only in part, or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or in part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed in Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

**FILED**

## SUMMARY OF SCHEDULES

SEP 1 0 2003

OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (Yes/No) | Number of Sheets | Assets | Liabilities | Other |
|---|---|---|---|---|---|
| A - Real Property | X | 1 | 0.00 | | |
| B - Personal Property | X | 4 | 375,795.64 | | |
| C - Property Claimed as Exempt | X | 1 | | | |
| D - Creditors Holding Secured Claims | X | 1 | | 100,000.00 | |
| E - Creditors Holding Unsecured Priority Claims | X | 2 | | 10,636.72 | |
| F - Creditors Holding Unsecured Nonpriority Claims | X | 14 | | 482,842.43 | |
| G - Executory Contracts and Unexpired Leases | X | 1 | | | |
| H - Codebtors | X | 1 | | | |
| I - Current Income of Individual Debtor(s) | X | 1 | | | 19,756.79 |
| J - Current Expenditures of Individual Debtor(s) | X | 1 | | | 29,535.00 |
| Total Number of Sheets of All Schedules | | 27 | | | |
| Total Assets | | | 375,795.64 | | |
| Total Liabilities | | | | 593,479.15 | |



Form B4W (12-95)

**Blumberg** Excelsior, Publisher, NYC 10013

**UNITED STATES BANKRUPTCY COURT**

NORTHERN **DISTRICT OF** NEW YORK

In re: Wizard Works Product Devel. Co.

Debtor(s) Case No. 03-15721 (if known)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P.1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§101(30) or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| (1)<br>NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2)<br>NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE OF EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM. | (3)<br>NATURE OF CLAIM (trade debt, bank loan, government contract, etc) | (4)<br>C U D S | (5)<br>AMOUNT OF CLAIM (If secured also state value of security) |
|---|---|---|---|---|
| Mark D. Aragona<br>14 Elaine Ct.<br>Latham, NY 12202 | 14 Elaine Ct.<br>Latham, NY 12202 | Personal Loans to Company | | 103,000.00 |
| V.M. Choppy & Sons<br>4 Van Buren St.<br>Troy, NY 12180 | 4 Van Buren St.<br>Troy, NY 12180 | Trade Debt | | 60,122.00 |
| NBGS International<br>3150 IH-35 South<br>New Braunfels, TX 78130 | 3150 IH-35 South<br>New Braunfels, TX 78130 | Trade Debt | | 25,000.00 |
| William Tepper<br>Rte 9W<br>Catskill, NY 12414 | Rte 9W<br>Catskill, NY 12414 | Trade Debt | | 24,633.33 |
| American Express<br>PO Box 297812<br>Ft. Lauderdale, FL 33329 | PO Box 297812<br>Ft. Lauderdale, FL 33329 | Credit Card Debt | | 22,935.66 |
| McMaster-Carr Supply Co.<br>PO Box 7690<br>Chicago, IL 60680 | PO Box 7690<br>Chicago, IL 60680 | Trade Debt | | 21,572.51 |
| Ron's Sign Shop<br>7 Gifford Ln.<br>Medusa, NY 12120 | 7 Gifford Ln<br>Medusa, NY 12120 | Trade Debt | | 15,340.00 |
| American Steel<br>PO Box 3036<br>Boston, MA 02241 | PO Box 3036<br>Boston, MA 02241 | Trade Debt | | 14,946.43 |
| Marger Johnson & McCollom<br>PO Box 8011<br>Portland, OR 97207 | PO Box 8011<br>Portland, OR 97207 | Trade Debt | | 11,041.84 |
| Edward Smires Co.<br>233 Fort Pitt Blvd.<br>Pittsburgh, PA 15222 | 233 Fort Pit Blvd.<br>Pittsburgh, PA 15222 | Trade Debt | | 10,604.56 |

FILED
SEP 1 0 2003
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

"(4) C U D S" If contingent, enter C; if unliquidated, enter U; if disputed, enter D; if subject to setoff, enter S.    * Value of secured portion of claim

Form B4W Cont. (12-95)    Blumberg Excelsior, Publisher, NYC 10013

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS (continuation)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Eagle Global Logistics<br>PO Box 844650<br>Dallas, TX 75284 | PO Box 844650<br>Dallas, TX 75284 | Trade Debt | | 9,854.58 |
| Capitol Payment Plan, Inc<br>PO Box 4423<br>Woodland Hills, CA 91365 | PO Box 4423<br>Woodland Hills, CA 91365 | Trade Debt | | 7,918.37 |
| Robert James Sales, Inc.<br>PO Box 7999<br>2585 Walden Ave.<br>Buffalo, NY 14225 | PO Box 7999<br>2585 Walden Ave.<br>Buffalo, NY 14225 | Trade Debt | | 7,512.97 |
| Kivort Steel, Inc.<br>380 Hudson River Rd.<br>Waterford, NY 12188 | 380 Hudson River Rd.<br>Waterford, NY 12188 | Trade Debt | | 7,466.12 |
| Labor Ready Midwest, Inc.<br>PO Box 2910<br>Tacoma, WA 98401 | PO Box 2190<br>Tacoma, WA 98401 | | | 7,107.75 |
| Labor Ready Northeast, Inc.<br>PO Box 820145<br>Philadelphia, PA 19182 | PO Box 820145<br>Philadelphia, PA 19182 | Trade Debt | | 6,898.52 |
| Douglas Industrial Co.<br>PO Box 362<br>Watervliet, NY 12189 | PO Box 362<br>Watervliet, NY 12189 | Trade Debt | | 6,827.04 |
| AWESCO<br>PO Box 6<br>Troy, NY 12181 | PO Box 6<br>Troy, NY 12181 | Trade Debt | | 6,240.53 |
| Kemper Insurance Agency<br>14 Kemper Dr.<br>Long Grove, IL 60049 | 14 Kemper Dr.<br>Long Grove, IL 60049 | Insurance Debt | | 6,216.00 |
| Automation Direct.Com, Inc.<br>PO Box 402417<br>Atlanta, GA 30384 | PO Box 402417<br>Atlanta, GA 30384 | Trade Debt | | 6,156.82 |

*FILED*
*SEP 1 0 2003*
*OFFICE OF THE BANKRUPTCY CLERK*
*ALBANY, NY*

Unsworn Declaration under Penalty of Perjury (partnership or corporation)  I declare under penalty of perjury that I have read the answers contained in the foregoing list of creditors and that they are true and correct to the best of my knowledge, information and belief.

9/9/03 _____ Date    _____ Signature    MARK ARAGONA, PRESIDENT _____ Print Name and Title

(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

**Penalty for making a false statement:** Fine of up to $500.00 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Form B6 A W (12-95)

Blumberg Excelsior, Publisher, NYC 10013

In re: Wizard Works Product Devel. Co.     Debtor(s)  Case No. 03-15721     (if known)

## SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | | | |
| | Total -> | | 0.00 | (Report also on Summary of Schedules) |

FILED
SEP 1 0 2003
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

Established 1887 | Form B6 B W (11-95)

BlumbergExcelsior, Publisher, NYC 10013

In re: Wizard Works Product Devel. Co.      Debtor(s)  Case No. 03-15721   (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1  Cash on hand | X | | | |
| 2  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Fleet Bank Tax Account  (Checking) | | 100.00 |
| | | Fleet Bank Operating Account (Checking) | | 426.64 |
| 3  Security Deposits with public utilities, telephone companies, landlords and others. | X | | | |
| 4  Household goods and furnishings including audio, video, and computer equipment. | X | | | |
| 5  Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6  Wearing apparel. | X | | | |
| 7  Furs and jewelry. | X | | | |
| 8  Firearms and sports, photographic and other hobby equipment. | X | | | |
| 9  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10  Annuities. Itemize and name each issuer. | X | | | |
| 11  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |

FILED

SEP 1 0 2003

OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules)    Total ->  $

_____X_____ continuation sheets attached

In re: Wizard Works Product Devel. Co.     Debtor(s)   Case No.     (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12 Stock and interest in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13 Interest in partnerships or joint ventures. Itemize. | X | | | |
| 14 Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15 Accounts receivable. | | Accounts Receivable | | 190,119.00 |
| 16 Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17 Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18 Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19 Contingent and non-contingent interests in estate of a descendent, death benefit plan, life insurance policy or trust. | X | | | |
| 20 Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor and rights to setoff claims. Give estimated value of each. | X | | | |
| 21 Patents, copyrights, and other general intellectual property. Give particulars. | | Backyard Fun Fountain Patent (in development) | | 20,000.00 |

FILED
SEP 1 0 2003
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules)     Total ->   $

___X___ continuation sheets attached

In re: Wizard Works Product Devel. Co.                    Debtor(s)   Case No.                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Time Configurable  Water Ride Attraction (in development) | | 50,000.00 |
| | | Straight Flush Water Slide (in development) | | 30,000.00 |
| | | Misc Drawings, Trade Secrets, Data, Technology and Expertise | J | 50,000.00 |
| 22  Licenses, franchises, and other general intangible. Give particulars. | X | | | |
| 23  Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 24  Boats, motors, and accessories. | X | | | |
| 25  Aircraft and accessories. | X | | | |
| 26  Office equipment, furnishings, and supplies. | X | | | |
| 27  Machinery, fixtures, equipment, and supplies used in business. | | Misc Business Equipment including 7 computers, 2 fax Machines, MIsc Office Furnishings | | 6,650.00 |

FILED

SEP 1 0 2003

OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules)      Total ->   $

____X____      continuation sheets attached

Form B6 B W (11-95)

Blumberg Excelsior, Publisher, NYC 10013

In re: Wizard Works Product Devel. Co.     Debtor(s)   Case No.                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Misc machinery, equipment including 6 drill presses, 6 Cutters & Torches, 1 fork truck, 2 trailers, misc small or hand tools, and 1 trade show display | | 21,000.00 |
| 28  Inventory. | | Misc Steel Raw Materials, Misc Parts. | | 7,500.00 |
| 29  Animals. | X | | | |
| 30  Crops-growing or harvested. Give particulars. | X | | | |
| 31  Farming equipment and implements. | X | | | |
| 32  Farm supplies, chemicals and feed. | X | | | |
| 33  Other personal property of any kind not already listed. Itemize. | X | | | |

FILED
SEP 1 0 2003
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules)    Total ->    $    375,795.63

_____  continuation sheets attached

Form B6 C W (11-95)    Blumberg Excelsior, Publisher, NYC 10013

In re: Wizard Works Product Devel. Co.         Debtor(s)   Case No. 03-15721      (if known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under (Check one Box).

☐ 11 U.S.C. § 522(b)(1): Exemptions provided in 11 U.S.C.§ 522(d).  Note:  These exemptions are available only in certain states.

☐ 11 U.S.C. § 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| | | | |

FILED

SEP 1 0 2003

OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY



Form B6 D W (11-95)

Blumberg Excelsior, Publisher, NYC 10013

In re: Wizard Works Product Devel. Co.     Debtor(s)   Case No. 03-15721   (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO D E B T | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTON AND MARKET VALUE OF PROPERTY SUBJECT OF LIEN | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY | C U D * |
|---|---|---|---|---|---|---|
| A/C # | X | | VALUE $ 190,000.00 | 100,000.00 | 0.00 | |
| Franklin Capital 600 Central Ave., Ste. 206 Highland Park, IL 60035 | | | Security Interest in company's Accounts Receivable | | | U |
| A/C # | | | VALUE $ | | | |
| | | | | | | |
| A/C # | | | VALUE $ | | | |
| | | | | | | |
| A/C # | | | VALUE $ | | | |
| | | | | | | |
| A/C # | | | VALUE $ | | | |
| | | | | | | |
| A/C # | | | VALUE $ | | | |
| | | | | | | |
| A/C # | | | VALUE $ | | | |
| | | | | | | |

FILED
SEP 1 0 2003
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

|  | |
|---|---|
| Subtotal -> (Total of this page) | 100,000.00 |
| Total -> (use only on last page of the completed Schedule D.) | 100,000.00 |

_____ Continuation Sheets attached. (use only on last page of the completed Schedule D.)

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.     (Report total also on Summary of Schedules)

D


Form B6 E W (Rev 4/98)

Blumberg Excelsior, Publisher, NYC 10013

In re: **Wizard Works Product Devel. Co.**          Debtor(s) Case No. **03-15721** (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

**FILED**

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPE OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

SEP 1 0 2003

OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

☑ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C § 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $4300 per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. § 507(a)(3)

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $4300 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to a maximum of $1950 for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6)

☐ **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(7).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(8).

*Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

## Extension of credit in an involuntary case

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO DEBT | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | C U D * |
|---|---|---|---|---|---|---|
| A/C # | | | | 240.06 | 240.06 | |
| Daniel Levesque 4516 Bonny Hill Rd. Bath, NY 14810 | | | Employee Wages | | | |
| A/C # | | | | 261.99 | 261.99 | |
| Eric Swaney 1305 Kingswood Ln. Onalaska, WI 54650 | | | Employee Wages | | | |
| A/C # | | | | 653.83 | 653.83 | |
| Guy Rivers 11-B Barry Ct. Selkirk, NY 12158 | | | Employee Wages | | | |

Subtotal -> (Total of this page) **1,155.88**

__X__ Continuation Sheets attached.

Total -> (use only on last page of the completed Schedule E.) (Report total also on Summary of Schedules)

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.

Form B6 EE W (11-95)

Blumberg Excelsior, Publisher, NYC 10013

In re: Wizard Works Product Devel. Co.
                                        Debtor(s)    Case No.                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## Extension of credit in an involuntary case

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO DEBT | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | C U D * |
|---|---|---|---|---|---|---|
| A/C # | | | | 681.73 | 681.73 | |
| Mark Foss 25 Moulds Ave. Rensselaer, NY 12144 | | | Employee Wages | | | |
| A/C # | | | | 2,500.00 | 2,500.00 | |
| OSHA 401 New Karner Rd. Albany, NY 12205 | | | Civil Penalty | | | |
| A/C # | | | | 1,811.69 | 1,811.69 | |
| Richard Benesch PO Box 317 Sand Lake, NY 12062 | | | Employee Wages | | | |
| A/C # | | | | 4,487.42 | 4,487.42 | |
| Scott Gregoire 87C Beach Rd. Clifton Park, NY 12065 | | | Employee Wages | | | |
| A/C # | | | | | | |
| A/C # | | | | | | |
| A/C # | | | | | | |
| A/C # | | | | | | |

FILED
SEP 1 0 2003
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

Subtotal -> (Total of this page)    9,480.84
Total ->    10,636.72

_____ Continuation Sheets attached.    (use only on last page of the completed Schedule E.)

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.    (Report total also on Summary of Schedules.)

In re: Wizard Works Product Devel. Co.                    Case No. 03-15721
            Debtor                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent".  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated".  If the claim is disputed, place "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns).

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>ABC Hobby<br>1627 Losey Blvd South<br>Lacrosse, WI | | | Trade Debt | | | | 116.40 |
| ACCOUNT NO.<br>ACS<br>4276 Lago Way<br>Sarasota, FL 34241 | | | Trade Debt | | | | 1,049.65 |
| ACCOUNT NO.<br>AT&T<br>PO Box 9001310<br>Louisville, KY 40290 | | | Utility Debt | | | | 9.30 |
| ACCOUNT NO.<br>AWESCO<br>PO Box 6<br>Troy, NY 12181 | | | Trade Debt | | | | 6,240.53 |
| ACCOUNT NO.<br>Albany Times Union<br>PO Box 15000<br>Albany, NY 12212 | | | Trade Debt | | | | 218.70 |

FILED
SEP 1 0 2003
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

Subtotal    $    7,634.58

Total    $

_____ X _____ continuation sheets attached.          (Use only on last page of completed Schedule F.)



FORM B6F       **Blumberg** Excelsior, Publisher, NYC 10013

In re: Wizard Works Product Devel. Co._____ ,       Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Allied Electronics<br>Receivables Dept.<br>PO Box 2325<br>Fort Worth, TX 76113 | | | Trade Debt | | | | 868.06 |
| ACCOUNT NO. 37271247749100595<br><br>American Express<br>PO Box 297812<br>Ft. Lauderdale, FL 33329 | | | Credit Card Debt | | | | 22,935.66 |
| ACCOUNT NO.<br><br>American Steel<br>PO Box 3036<br>Boston, MA 02241 | | | Trade Debt | | | | 14,946.43 |
| ACCOUNT NO.<br><br>Applied Welding & Mech. Supply<br>PO Box 514<br>639 Loudon Rd.<br>Latham, NY 12110 | | | Trade Debt | | | | 1,897.56 |
| ACCOUNT NO.<br><br>Automation Direct.Com, Inc.<br>PO Box 402417<br>Atlanta, GA 30384 | | | Trade Debt | | | | 6,156.82 |
| ACCOUNT NO.<br><br>Capitol Payment Plan, Inc<br>PO Box 4423<br>Woodland Hills, CA 91365 | | | Trade Debt | | | | 7,918.37 |
| ACCOUNT NO.<br><br>Clausen Service Center<br>811 Eisenhower Dr. South<br>Goshen, IN 46526 | | | Trade Debt | | | | 161.96 |

FILED
SEP 1 0 2003
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

|  | | | | | | Subtotal | $ 54,884.86 |
|---|---|---|---|---|---|---|---|
|  | | | | | | Total | $ |

___X___ continuation sheets attached.      (Use only on last page of completed Schedule F.)

 FORM B6F

Blumberg Excelsior, Publisher, NYC 10013

In re: Wizard Works Product Devel. Co. , Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Curbell<br>PO Box 1850<br>Buffalo, NY 14240 | | | Trade Debt | | | | 436.55 |
| ACCOUNT NO.<br><br>Custom Fun Co.<br>1200 Cannan Rd.<br>Canyon Lake, TX 78133 | | | Trade Debt | | | | 3,335.00 |
| ACCOUNT NO.<br><br>Dave's Welding & Repair, Inc.<br>926 Golden Drive<br>Wisconsin Dells, WI 53965 | | | Trade Debt | | | | 1,098.65 |
| ACCOUNT NO.<br><br>Deborah J. Benoit<br>25 Windsor Dr.<br>Albany, NY 12205 | | | Trade Debt | | | | 2,680.00 |
| ACCOUNT NO.<br><br>Denman & Davis<br>PO Box 1979<br>1 Broad St.<br>Clifton, NJ 07015 | | | Trade Debt | | | | 148.50 |
| ACCOUNT NO.<br><br>Douglas Industrial Co.<br>PO Box 362<br>Watervliet, NY 12189 | | | Trade Debt | | | | 6,827.04 |
| ACCOUNT NO.<br><br>E-Poxy<br>10 Broadway<br>Albany, NY 12202 | | | Trade Debt | | | | 2,545.87 |

FILED
SEP 1 0 2003
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

| | | |
|---|---|---|
| Subtotal | $ | 17,071.61 |
| Total | $ | |

_____X_____ continuation sheets attached.   (Use only on last page of completed Schedule F.)

 FORM B6F                    Blumberg Excelsior, Publisher, NYC 10013

In re: Wizard Works Product Devel. Co. _____ ,        Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Eagle Global Logistics<br>PO Box 844650<br>Dallas, TX 75284 | | | Trade Debt | | | | 9,854.58 |
| ACCOUNT NO.<br><br>Edward Smires Co.<br>233 Fort Pitt Blvd.<br>Pittsburgh, PA 15222 | | | Trade Debt | | | | 10,604.56 |
| ACCOUNT NO.<br><br>F.W. Webb Company<br>200 Middlesex Tpke.<br>Burlington, MA 01803 | | | Trade Debt | | | | 4,929.71 |
| ACCOUNT NO.<br>256297426<br>Federal Express<br>PO Box 1140<br>Memphis, TN 38101 | | | Trade Debt | | | | 17.04 |
| ACCOUNT NO.<br><br>Field's Park Motel<br>C/O Bobbie Southworth<br>PO Box 10<br>Wisconsin Dells, WI 53965 | | | Trade Debt | | | | 155.40 |
| ACCOUNT NO.<br><br>First Supply<br>PO Box 8124<br>Madison, WI 53708 | | | Trade Debt | | | | 1,032.43 |
| ACCOUNT NO.<br><br>G-Neil Corp.<br>PO Box 451179<br>Sunrise, FL 33345 | | | Trade Debt | | | | 28.52 |

FILED
SEP 1 0 2003
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

|  | Subtotal | $ | 26,622.24 |
|---|---|---|---|
|  | Total | $ | |

____X____ continuation sheets attached.          (Use only on last page of completed Schedule F.)



FORM B6F                    Blumberg Excelsior, Publisher, NYC 10013

In re: Wizard Works Product Devel. Co. _____ ,    Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Glenn Aragona<br>72 Mueller Rd.<br>Alcove, NY 12007 | | | Trade Debt | | | | 2,500.00 |
| ACCOUNT NO.<br><br>Grainger<br>Dept. 061-856178355<br>Palatine, IL 60038 | | | Trade Debt | | | | 3,793.36 |
| ACCOUNT NO.<br><br>Graybar Electric Co., Inc.<br>Church St.<br>Albany, NY 12202 | | | Trade Debt | | | | 1,157.52 |
| ACCOUNT NO.<br><br>Greenbush Tape & Label<br>40 Broadway<br>Albany, NY 12202 | | | Current Due on Lease of Business Premises | | | | 4,500.00 |
| ACCOUNT NO.<br><br>Haydon Bolts<br>1181 Unity St.<br>Philadelphia, PA 19124 | | | Trade Debt | | | | 452.06 |
| ACCOUNT NO.<br><br>Hilti, Inc.<br>PO Box 382002<br>Pittsburgh, PA 15250 | | | Trade Debt | | | | 2,782.66 |
| ACCOUNT NO.<br><br>Home Depot, Inc.<br>N. Greenbush Rd.<br>North Greenbush, NY 12144 | | | Trade Debt | | | | 176.54 |

FILED
SEP 1 0 2003
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

Subtotal  $   15,362.14

Total  $

___ X ___ continuation sheets attached.    (Use only on last page of completed Schedule F.)



FORM B6F                    Blumberg Excelsior, Publisher, NYC 10013

In re: Wizard Works Product Devel. Co. _____ ,          Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Interactive Play Co.<br>PO Box 681327<br>Franklin, TN 37068 | | | Trade Debt | | | | 49.55 |
| ACCOUNT NO.<br><br>International Built-In Systems<br>2 Oakwood Dr. W<br>Colonie, NY 12205 | | | Trade Debt | | | | 259.20 |
| ACCOUNT NO.<br><br>JGB Enterprises<br>115 Metropolitan Dr.<br>Liverpool, NY 13088 | | | Trade Debt | | | | 4,829.48 |
| ACCOUNT NO.<br><br>KOM Lamb<br>PO Box 5129<br>Buffalo, NY 14240 | | | Trade Debt | | | | 1,488.48 |
| ACCOUNT NO.<br><br>Kemper Insurance Agency<br>14 Kemper Dr.<br>Long Grove, IL 60049 | | | Trade Debt | | | | 6,216.00 |
| ACCOUNT NO.<br><br>Kivort Steel, Inc.<br>380 Hudson River Rd.<br>Waterford, NY 12188 | | | Trade Debt | | | | 7,466.12 |
| ACCOUNT NO.<br><br>Koala Corporation<br>c/o Sheridan Ross, PC<br>1560 Broadway, Ste, 1200<br>Denver, CO 80202 | | | For Informational Purposes Only | | U | D | 0.00 |

FILED
SEP 10 2003
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

|  |  |
|---|---|
| Subtotal | $ 20,308.83 |
| Total | $ |

_____ X _____ continuation sheets attached.

(Use only on last page of completed Schedule F.)



FORM B6F                    Blumberg Excelsior, Publisher, NYC 10013

In re: Wizard Works Product Devel. Co. _____ ,          Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Koala Corporation<br>c/o Stafford Rosenbaum,LLP<br>PO Box 1784<br>Madison, WI 53701 | | | Patent Infringement Action | | U | D | 1.00 |
| ACCOUNT NO.<br><br>Labor Ready Midwest, Inc.<br>PO Box 2910<br>Tacoma, WA 98401 | | | Trade Debt | | | | 7,107.75 |
| ACCOUNT NO.<br><br>Labor Ready Northeast, Inc.<br>PO Box 820145<br>Philadelphia, PA 19182 | | | Trade Debt | | | | 6,898.52 |
| ACCOUNT NO.<br><br>Lee Spring Co.<br>1462-62nd St.<br>Brooklyn, NY 11219 | | | Trade Debt | | | | 157.06 |
| ACCOUNT NO.<br>5490990078200274<br>MBNA<br>PO Box 15021<br>Wilmington, DE 19850 | | | Credit Card Debt | | | | 222.00 |
| ACCOUNT NO.<br><br>Marger Johnson & McCollom<br>PO Box 8011<br>Portland, OR 97207 | | | Trade Debt | | | | 11,041.84 |
| ACCOUNT NO.<br><br>Mark D. Aragona<br>14 Elaine Ct.<br>Latham, NY 12202 | | | Personal Loans to Company through use of personal credit cards, cash, tolls and equipment, waiver of salary. | | | | 103,000.00 |

FILED
SEP 1 0 2003
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

|  | Subtotal | $ | 128,428.17 |
|---|---|---|---|
|  | Total | $ |  |

____X____ continuation sheets attached.                    (Use only on last page of completed Schedule F.)



FORM B6F

Blumberg Excelsior, Publisher, NYC 10013

In re: Wizard Works Product Devel. Co. _____ ,    Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> McKenzie & Adams, Inc. <br> 5030 208th SW, Suite A <br> Lynwood, WA 98036 | | | Trade Debt | | | | 136.17 |
| **ACCOUNT NO.** <br><br> McMaster-Carr Supply Co. <br> PO Box 7690 <br> Chicago, IL 60680 | | | Trade Debt | | | | 21,572.51 |
| **ACCOUNT NO.** <br><br> Metropolitan Telecommunication <br> PO Box 9660 <br> Manchester, NH 03108 | | | Trade Debt | | | | 210.59 |
| **ACCOUNT NO.** <br><br> Motion Industries, Inc. <br> PO Box 5026 <br> 132 Railroad Ave. <br> Albany, NY 12205 | | | Trade Debt | | | | 4,031.34 |
| **ACCOUNT NO.** <br><br> Mountain T-Shirts <br> 8 W. Bridge St. <br> Catskill, NY 12414 | | | Trade Debt | | | | 4,040.00 |
| **ACCOUNT NO.** <br><br> Mountain Valley Indemnity Co. <br> PO Box 17540 <br> Newark, NJ 07194 | | | Insurance Debt | | | | 511.50 |
| **ACCOUNT NO.** <br><br> NBGS International <br> 3150 IH-35 South <br> New Braunfels, TX 78130 | | | Trade Debt | | | | 25,000.00 |

FILED
SEP 1 0 2003
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

Subtotal   $   55,502.11

Total   $

_____ X _____ continuation sheets attached.    (Use only on last page of completed Schedule F.)



In re: Wizard Works Product Devel. Co. _____ ,     Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>NES Rentals<br>PO Box 60858<br>St. Louis, MO 63160 | | | Trade Debt | | | | 401.66 |
| ACCOUNT NO.<br><br>New York Compensation Mgrs.<br>PO Box 3580<br>6250 S. Bay Rd.<br>Syracuse, NY 13220 | | | Trade Debt | | | | 2,116.75 |
| ACCOUNT NO.<br><br>Newark Electronics<br>PO Box 94151<br>Palatine, IL 60094 | | | Trade Debt | | | | 3,299.99 |
| ACCOUNT NO.<br><br>Niagara Mohawk Power Co.<br>300 Erie Blvd.<br>Syracuse, NY 13252 | | | Utility Debt | | | | 3,061.80 |
| ACCOUNT NO.<br><br>Northeast Waterjet<br>4 WIllow St.<br>Amsterdam, NY 12010 | | | Trade Debt | | | | 4,568.00 |
| ACCOUNT NO.<br><br>Old Dominion Freight Line, Inc<br>PO Box 60908<br>Charlotte, NC 28260 | | | Trade Debt | | | | 1,400.00 |
| ACCOUNT NO.<br><br>P&G Packaging, Inc.<br>PO Box 2100<br>Scotia, NY 12302 | | | Trade Debt | | | | 1,456.00 |

FILED
SEP 1 0 2003
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

Subtotal $    16,304.20

Total $

_____ X _____ continuation sheets attached.     (Use only on last page of completed Schedule F.)



FORM B6F      **Blumberg** Excelsior, Publisher, NYC 10013

In re: Wizard Works Product Devel. Co. _____ ,      Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Patrell Engineering Group, Inc<br>651 E. Northridge Ave.<br>Glendora, CA 91741 | | | Trade Debt | | | | 600.00 |
| ACCOUNT NO.<br><br>Rick Briggs<br>C/O McNamee Lochner et al<br>75 State St, PO Box 459<br>Albany, NY 12201 | | | Breach of Contract Action filed June 23, 2003 | | U | D | 1.00 |
| ACCOUNT NO.<br><br>Robert James Sales, Inc.<br>PO Box 7999<br>2585 Walden Ave.<br>Buffalo, NY 14225 | | | Trade Debt | | | | 7,512.97 |
| ACCOUNT NO.<br><br>Ron's Sign Shop<br>7 Gifford Ln.<br>Medusa, NY 12120 | | | Trade Debt | | | | 15,340.00 |
| ACCOUNT NO.<br><br>Safari Thatch & Bamboo Co.<br>2056 N. Dixie Hwy.<br>Ft. Lauderdale, FL 33305 | | | Trade Debt | | | | 373.00 |
| ACCOUNT NO.<br><br>Scott Gregoire<br>87C Beach Rd.<br>Clifton Park, NY 12065 | | | Loans to Company through use of personal credito cards | | | | 4,800.00 |
| ACCOUNT NO.<br><br>Spring Brook Lodging<br>420 Birchwood, RD#1<br>Wisconsin Dells, WI 53965 | | | Trade Debt | | | | 213.64 |

FILED

SEP 1 0 2003

OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

Subtotal    $    28,840.61

Total    $

_____ X _____ continuation sheets attached.

(Use only on last page of completed Schedule F.)

 FORM B6F

Blumberg Excelsior, Publisher, NYC 10013

In re: Wizard Works Product Devel. Co. _____ ,     Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Spring Brook Vacation Rental<br>420 Birchwood, RD#1<br>Wisconsin Dells, WI 53965 | | | Trade Debt | | | | 1,391.22 |
| ACCOUNT NO.<br><br>Sprint PCS<br>PO Box 62012<br>Baltimore, MD 21264 | | | Utility Debt | | | | 514.66 |
| ACCOUNT NO.<br><br>St. Clare's Hospital<br>PO Box 135<br>Baraboo, WI 53913 | | | Medical Debt | | | | 137.87 |
| ACCOUNT NO.<br><br>Steve Horras<br>C/O Leading Edge Controls<br>8856 Broadway<br>San Antonio, TX 78217 | | | Trade Debt | | | | 3,760.00 |
| ACCOUNT NO.<br><br>T&T Body King<br>409-411 Old Niskayuna Rd.<br>Latham, NY 12110 | | | Trade Debt | | | | 52.62 |
| ACCOUNT NO.<br><br>The Alchar Printing Group<br>602 Pawling Ave.<br>Troy, NY 12180 | | | Trade Debt | | | | 550.80 |
| ACCOUNT NO.<br><br>Thruway Fasteners<br>PO Box 766<br>N. Tonawanda, NY 14120 | | | Trade Debt | | | | 114.65 |

FILED

SEP 1 0 2003

OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

Subtotal $ 6,521.82

Total $

___X___ continuation sheets attached.

(Use only on last page of completed Schedule F.)



FORM B6F                                   Blumberg Excelsior, Publisher, NYC 10013

In re: Wizard Works Product Devel. Co. _____ ,          Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Toscano<br>400 Morse Ave.<br>Elk Grove Village, IL 60007 | | | Trade Debt | | | | 480.22 |
| ACCOUNT NO.<br><br>Tri-City Fire Extinguisher<br>PO Box 719<br>Troy, NY 12181 | | | Trade Debt | | | | 166.32 |
| ACCOUNT NO.<br><br>Tri-State Sound & Light<br>703 2nd Ave SW<br>Onalaska, WI 54650 | | | Trade Debt | | | | 129.08 |
| ACCOUNT NO.<br><br>Troy Belting & Supply Co.<br>70 Cohoes Rd.<br>Watervliet, NY 12189 | | | Trade Debt | | | | 516.96 |
| ACCOUNT NO.<br><br>Troy Boiler Works<br>2800 Seventh Ave.<br>Troy, NY 12180 | | | Utility Debt. | | | | 485.00 |
| ACCOUNT NO.<br><br>Uncle Sam Piping Solutions<br>60 113th St.<br>Troy, NY 12180 | | | Trade Debt | | | | 4,436.82 |
| ACCOUNT NO.<br><br>United Parcel Service<br>PO Box 7247-0244<br>Philadelphia, PA 19170 | | | Trade Debt | | | | 4,929.63 |

FILED
SEP 1 0 2003
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

|  | Subtotal | $ 11,144.03 |
|---|---|---|
|  | Total | $ |

_____X_____ continuation sheets attached.          (Use only on last page of completed Schedule F.)



FORM B6F                    Blumberg Excelsior. Publisher. NYC 10013

In re: Wizard Works Product Devel. Co. _____,        Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>United Rentals<br>PO Box 19633A<br>Newark, NJ 07195 | | | Trade Debt | | | | 2,006.86 |
| ACCOUNT NO.<br><br>V.M. Choppy & Sons<br>4 Van Buren St.<br>Troy, NY 12180 | | | Trade Debt | | | | 60,122.00 |
| ACCOUNT NO.<br><br>Verizon<br>PO Box 999<br>Hicksville, NY 11802 | | | Utility Debt | | | | 1,937.39 |
| ACCOUNT NO.<br><br>Web Ramp Internet Svce.<br>35 Mordella Rd.<br>Albany, NY 12205 | | | Trade Debt | | | | 201.01 |
| ACCOUNT NO.<br><br>Wilderness Hotel & Golf Resort<br>PO Box 830<br>Wisconsin Dells, WI 53960 | | | Trade Debt | | | | 2,831.36 |
| ACCOUNT NO.<br><br>William Tepper<br>Rte 9W<br>Catskill, NY 12414 | | | Trade Debt | | | | 24,633.33 |
| ACCOUNT NO.<br><br>Woodward<br>9 Burdick Dr.<br>AQLbany, NY 12205 | | | Trade Debt | | | | 632.53 |

FILED
SEP 10 2003
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

|  |  |
|---|---|
| Subtotal | $ 92,364.48 |
| Total | $ |

____X____ continuation sheets attached.          (Use only on last page of completed Schedule F.)

 FORM B6F

Blumberg Excelsior, Publisher, NYC 10013

In re: Wizard Works Product Devel. Co. ,    Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>World Waterpark Assoc.<br>PO Box 14826<br>Lenexa, KS 66285 | | | Trade Debt | | | | 1,490.00 |
| ACCOUNT NO.<br><br>Yellow Freight<br>PO Box 5901<br>Topeka, KS 66605 | | | Trade Debt | | | | 185.75 |
| ACCOUNT NO.<br><br>Yellow Pages, Inc.<br>PO Box 60006<br>Anaheim, CA 92812 | | | Trade Debt | | | | 177.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

FILED

SEP 1 0 2003

OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

| | | |
|---|---|---|
| Subtotal | $ | 1,852.75 |
| Total | $ | 482,842.43 |

_____ continuation sheets attached.        (Use only on last page of completed Schedule F.)



Form B6 G W (11-95)

Blumberg Excelsior, Publisher, NYC 10013

In re: Wizard Works Product Devel. Co.

Debtor(s) Case No. 03-15721 (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Greenbush Tape & Labal<br>40 Broadway<br>Albany, NY 12202 | Month to Month Lease of Business Premises at 40 Broadway, ALbany, NY |

FILED

SEP 1 0 2003

OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY



Form B6 H W (11-95)

Blumberg Excelsior, Publisher, NYC 10013

In re: Wizard Works Product Devel. Co.     Debtor(s)   Case No. 03-15721     (if known)

## SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Mark D. Aragona | Franklin Capital<br>600 Central Ave., Ste. 206<br>Highland Park, Il 60035 |

**FILED**

SEP 1 0 2003

OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY



Form B6 I W (11-95)                    Blumberg Excelsior, Publisher, NYC 10013

In     Wizard Works Product Devel. Co.
re:                                                Debtor(s)  Case No. 03-15721    (if known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| DEPENDENTS OF DEBTOR AND SPOUSE | | | | |
|---|---|---|---|---|
| Debtor's Marital Status | NAMES | | AGE | RELATIONSHIP |
| | | | | |

| Employment | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

FILED
SEP 1 0 2003
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

Income:  (Estimate of average monthly income) _____

| | | | DEBTOR | | SPOUSE |
|---|---|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | | $ | 0.00 | $ | 0.00 |
| Estimate monthly overtime | | | 0.00 | | 0.00 |
| SUBTOTAL | | $ | 0.00 | $ | 0.00 |
| LESS PAYROLL DEDUCTIONS | | | | | |
| a.  Payroll taxes and social security | | | 0.00 | | 0.00 |
| b.  Insurance | | | 0.00 | | 0.00 |
| c.  Union dues | | | 0.00 | | 0.00 |
| d.  Other (Specify) | | | 0.00 | | |
| | | | 0.00 | | 0.00 |
| | | | 0.00 | | 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | | $ | 0.00 | $ | 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | | | 0.00 | $ | 0.00 |
| | | | | | |
| Regular income from operation of business or profession or farm | | | | | |
| (attach detailed statement) | | | 0.00 | | 0.00 |
| Income from real property | | | 0.00 | | 0.00 |
| Interest and dividends | | | 0.00 | | 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's | | | | | |
| use or that of dependents listed above. | | | 0.00 | | 0.00 |
| Social security or other government assistance (Specify) | | | 0.00 | | 0.00 |
| | | | 0.00 | | 0.00 |
| | | | 0.00 | | 0.00 |
| Pension or retirement income | | | 0.00 | | 0.00 |
| Other monthly income (Specify) | | | | | |
| Avg. Monthly Income (est) | | | 19,756.79 | | 0.00 |
| | | | 0.00 | | 0.00 |
| | | | 0.00 | | 0.00 |
| TOTAL MONTHLY INCOME | | $ | 19,756.79 | $ | 0.00 |

TOTAL COMBINED MONTHLY INCOME       $      19,756.79      (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:



**Form B6 J W (11-95)**

Blumberg Excelsior, Publisher, NYC 10013

In re:  Wizard Works Product Devel. Co.  Debtor(s)  Case No. 03-15721  (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | | $ 1,400.00 |
| Are real estate taxes included? ☐ Yes ☐ No  Is property insurance included? ☐ Yes ☐ No | | |
| Utilities  Electricity and Heating Fuel | | 4,000.00 |
|     Water and Sewer | | 0.00 |
|     Telephone | | 1,500.00 |
|     Other  ISP | | 250.00 |
| | | 0.00 |
| | | 0.00 |
| Home maintenance (repairs and upkeep) | | 0.00 |
| Food | | 0.00 |
| Clothing | | 0.00 |
| Laundry and dry cleaning | | 0.00 |
| Medical and dental expenses | | 0.00 |
| Transportation (not including car payments) | | 4,000.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | | 0.00 |
| Charitable contributions | | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|     Homeowner's or renter's | | 0.00 |
|     Life | | 0.00 |
|     Health | | 0.00 |
|     Auto | | 0.00 |
|     Other | | |
|       Business Insurance | | 6,000.00 |
| | | 0.00 |
| | | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | 0.00 |
| (Specify) | | 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | $ |
|     Auto | | $ 0.00 |
|     Other | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| Alimony, maintenance, and support paid to others | | 0.00 |
| Payments for support of additional dependents not living at your home | | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | | 0.00 |
| Other  Cost of Goods Purchased | | 4,000.00 |
|     Payroll | | 7,785.00 |
|     Misc Operating Expenses | | 600.00 |
| | | 0.00 |
| **TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)** | | $ 29,535.00 |

FILED
SEP 1 0 2003
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

**(FOR CHAPTER 12 AND 13 DEBTORS ONLY)**
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
| A.  Total projected monthly income | 0.00 |
| B.  Total projected monthly expenses | 0.00 |
| C.  Excess income (A minus B) | $ 0.00 |
| | |
| D.  Total amount to be paid into plan each | $ 0.00 |
|             (Interval) | |



Form B6 Cont. W (11-95)

**Blumberg** Excelsior, Publisher, NYC 10013

In re: Wizard Works Product Devel. Co.

Debtor(s) Case No. 03-15721 (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ 28 _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

(Total shown on summary page plus 1.)

Date 9/9/03

Signature _____

Wizard Works Product Devel. Co. Debtor

Date _____

Signature _____

(Joint Debtor, if any)

(if joint case, both spouses must sign.)

- - - - - - - - - - - - - - - - - - - -

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____ Printed or Typed Name of Bankruptcy Petition Preparer

_____ Social Security Number

_____ Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

**FILED**

**SEP 1 0 2003**

**OFFICE OF THE BANKRUPTCY CLERK ALBANY, NY**

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.*

- - - - - - - - - - - - - - - - - - - -

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _President_ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _Wizard Works Product Devel. Corp._ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ 28 _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

(Total shown on summary page plus 1.)

Date 9/9/03

Signature _____

(Print or type name of individual signing on behalf of debtor.)

(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.



3085W Stmt of Comp.:
Rule 2016(b) (12-95)

Blumberg Excelsior, Publisher, NYC 10013

# UNITED STATES BANKRUPTCY COURT   NORTHERN DISTRICT OF NEW YORK

In re: Wizard Works Product Devel. Co.

Debtor(s)   Case No. 03-15721   (if known)

## STATEMENT
### Pursuant to Rule 2016(b)

The undersigned, pursuant to Rule 2016(b) Bankruptcy Rules, states that:

(1)  The undersigned is the attorney for the debtor(s) in this Case.

(2)  The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:

    (a)  for legal services rendered or to be rendered in comtemplation of and in connection
        with this case      $     10,000.00

    (b) prior to filing this statement, debtor(s) have paid      $     10,000.00

    (c)  the unpaid balance due and payable is      $     0.00

(3)  $     0.00      of the filing fee in this case has been paid.

(4)  The services rendered or to be rendered include the following:

    (a)  analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a
        petition under title 11 of the United States Code.

    (b)  preparation and filing of the petition, schedules, statement of affairs and other documents requred by the court.

    (c)  representation of the debtor(s) at the meeting of creditors.

**FILED**

**SEP 1 0 2003**

**OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY**

(5)  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services
    performed, and
    from funds paid by Mark Aragona individually on behalf of the
    Corporation

(6)  The source of payments made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from
    earnings, wages and compensation for services performed, and

(7)  The undersigned has received no transfer, assignment or pledge of property except the following for the value stated:

(8)  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm,
    any compensation paid or to be paid except as follows:

Dated: 9/9/03      Respectfully submitted Michael J. Scaptura      **Attorney for Petitioner**

**Attorney's name and address** Law Offices of David R. Juneau, One Rapp Rd, Albany, NY

Form 7W Stmt. of Financial Affairs (12-95)          Blumberg Excelsior, Publisher, NYC 10013

# STATEMENT OF FINANCIAL AFFAIRS

## UNITED STATES BANKRUPTCY COURT

### NORTHERN **DISTRICT OF** NEW YORK

In re: Wizard Works Product Devel. Co.

Debtor(s)   Case No. 03-15721

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business with in the last 6 years, as defined below, also must complete Que the answer to any question is "None" or the question is not applicable, mark the box labeled "None". If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates or the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101(30).

---

NONE

| | 1. **INCOME FROM EMPLOYMENT OR OPERATION OF BUSINESS**

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is r ot filed.)

| AMOUNT | SOURCES |
|---|---|
| 251,773.00 | 2002 Gross Income |
| 222,390.00 | 2001 Gross Income |
| 155,000.00 | 2003 Gross Income to Date |

**FILED**

SEP 1 0 2003

OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

---

NONE

|X| 2. **INCOME OTHER THAN FROM EMPLOYMENT OR OPERATION OF BUSINESS**

State the amount of income received by the debtor other than employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**|X| 3A. PAYMENTS TO CREDITORS**

List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**|X| 3B. PAYMENTS TO CREDITORS**

List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**| | 4A. SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTION, GARNISHMENTS AND ATTACHMENTS**

List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Koala Corp. v. Wizard Works et. al 03C0429C | Civil Complaint, Patent Infringement | US District Court, Western District of Wisconsin | Pending |
| Rick A. Briggs v. Wizard Works et. al. | Civil Complaint, Judicial Dissolution of Corporation | NYS Supreme Court, Albany County | Pending |

**FILED**

SEP 1 0 2003

OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

**|X| 4B. SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTION, GARNISHMENTS AND ATTACHMENTS**

Describe all property that has been attached, garnished, or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**|X| 5. REPOSSESSIONS, FORECLOSURES, AND RETURNS**

List all property that has been repossessed by a creditor, sold at foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

|X| **6A. ASSIGNMENTS AND RECEIVERSHIPS**

Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

|X| **6B. ASSIGNMENTS AND RECEIVERSHIPS**

List all property which has been in the hands of a custodian, receiver, or court appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

|X| **7. GIFTS**

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

|X| **8. LOSSES**

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

| | **9. PAYMENTS RELATED TO DEBT COUNSELING OR BANKRUPTCY**

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Law Offices of David R. Juneau, Esq One Rapp Rd. Albany, NY 12203 | 8/25/03 Paid by Mark Aragona | $10,000.00 |

**FILED**

SEP 1 0 2003

OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

NONE

| | **10. OTHER TRANSFERS**

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Robert Ensign | 8/14/2003 | 1997 Ford F-250 Pickup sold for $5,000.00 |

NONE

| | 11.  CLOSED FINANCIAL ACCOUNTS

   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, saving, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|---|
| | Fleet Bank Checking Account | Business Checking $0.00 | Closed 8/28/03 |

NONE

|X| 12.  SAFE DEPOSIT BOX

   List each safe deposit or other box or depository in which the debt has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

|X| 13.  SETOFFS

   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

|X| 14.  PROPERTY HELD FOR ANOTHER PERSON

   List all property owned by another person that the debtor holds or controls.

**FILED**

SEP 1 0 2003

OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

NONE

|X| 15.  PRIOR ADDRESS OF DEBTOR

   If the debtor has moved within two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

NONE

|X| 16.  SPOUSES AND FORMER SPOUSES

   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides with the debtor in the community property state.

NONE
|X|  **17A.  ENVIRONMENTAL  INFORMATION**

List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

NONE
|X|  **17B.  ENVIRONMENTAL  INFORMATION**

List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

NONE
|X|  **17C.  ENVIRONMENTAL  INFORMATION**

List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NONE
|X|  **18A.  NATURE,  LOCATION,  AND  NAME  OF  BUSINESS**

If the debtor is an individual, list the names, addresses, taxpayer indentification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

NONE
|X|  **18B.  NATURE,  LOCATION,  AND  NAME  OF  BUSINESS**

Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. Sec. 101.

NONE
| |  **19A.  BOOKS,  RECORDS,  AND  FINANCIAL  STATEMENTS**

List all bookkeepers and accountants who within the six years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Deborah J. Benoit, CPA | 1997-Present |
| 25 WIndsor Dr. | |
| Albany, NY 12205 | |

**FILED**

SEP 1 0 2003

OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

NONE

| | **19B. BOOKS, RECORDS, AND FINANCIAL STATEMENTS**

List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| **NAME ADDRESS** | **DATES SERVICES RENDERED** |
|---|---|
| Tice Brunell & Baker, CPA's, PC<br>Four Executive Park SDr.<br>Albany, NY 12203 | 2001, 2002 |

NONE

| | **19C. BOOKS, RECORDS, AND FINANCIAL STATEMENTS**

List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

| **NAME** | **ADDRESS** |
|---|---|
| Wizard Works Product Development<br>Co., Inc. | 40 Broadway<br>Albany, NY 12202 |

NONE

|X| **19D. BOOKS, RECORDS, AND FINANCIAL STATEMENTS**

List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within two years preceding the commencement of this case by the debtor.

NONE

|X| **20A. INVENTORIES**

List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

NONE

|X| **20B. INVENTORIES**

List the name and address of the person having possession of  the records of each of the two inventories report in a., above.

NONE

|X| **21A. CURRENT PARTNERS, OFFICERS, DIRECTORS AND SHAREHOLDERS**

If the debtor is a partnership, list the nature and percentage of the partnership interest of each member of the partnership.

# FILED

SEP 1 0 2003

OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

NONE

| | 21B. CURRENT PARTNERS, OFFICERS, DIRECTORS AND SHAREHOLDERS

If debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Mark Aragona | President-Treasurer | 51% of Shares |
| Rick Briggs | | 44% of Shares |
| Jim Stephenson | | 4% of Shares |
| Scott Gregoire | Vice President-Secretary | 1% of Shares |

NONE

|X| 22A. FORMER PARTNERS, OFFICERS, DIRECTORS AND SHAREHOLDERS

If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

NONE

| | 22B. FORMER PARTNERS, OFFICERS, DIRECTORS AND SHAREHOLDERS

If the debtor is a corporation, list all officers or directors whose relationship with the company terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| Rick Briggs<br>c/o McNamee Lochner et al<br>75 State St<br>Albany, NY | Vice-President | 4/14/03 |

**FILED**

SEP 1 0 2003

OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

NONE

|X| 23. WITHDRAWALS FROM A PARTNERSHIP OR DISTRIBUTIONS BY A CORPORATION

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

NONE

|X| 24. TAX CONSOLIDATION GROUP

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of this case.

NONE

|X| **25. PENSION FUNDS**

      If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of this case.

**FILED**

SEP 1 0 2003

OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY



Unsworn Declaration SFA
W (11-95)

Blumberg Excelsior, Publisher, NYC 10013

In re: Wizard Works Product Devel. Co.

Debtor(s)  Case No. 03-15721  (if known)

# DECLARATION CONCERNING DEBTOR'S STATEMENT OF FINANCIAL AFFAIRS

## DECLARATION UNDER PENALTY OF PERJURY

(If completed by an individual or individual and spouse) I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  9/9/03

Signature _____
Wizard Works Product Devel. Co. Debtor

Date _____

Signature _____
(Joint Debtor, if any)

(if joint case, both spouses must sign.)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____        _____
Printed or Typed Name of Bankruptcy Petition Preparer        Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

**FILED**

SEP 1 0 2003

**OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY**

If more than one person prepared this document, attach additional signed sheets confirming to the appropriate Official Form for each person.

X _____        _____
Signature of Bankruptcy Petition Preparer        Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____President_____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _Wizard Works Product Devel. Corp._ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing statement of financial affairs, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Continuation sheets attached

Date  9/9/03

Signature _____

(Print or type name of individual signing on behalf of debtor.)

(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

**PENALTY FOR MAKING A FALSE STATEMENT OR CONCEALING PROPERTY:**
Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.



# UNITED STATES BANKRUPTCY COURT

NORTHERN **DISTRICT OF** NEW YORK

In re: Wizard Works Product Devel. Co.

Debtor(s)

Case No. 03-15721

Chapter 11

## DESIGNATION OF AGENT

We hereby designate our attorney, whose signature, name, address, Identification Number (if applicable), and telephone number are set forth below, as our agent to receive service of process and service of all pleadings in all proceedings, including adversary actions and contested matters, pursuant to Bankruptcy Rule 70004 (b)(8), in this Court arising in this case. This designation shall expire the 60th day after the latest of the following dates which may be applicable in this case: entry of Discharge of Debtor, the last date permitted for filing of complaints objecting to discharge under 11 U.S.C. 727 or dischargeability of debts under 11 U.S.C. 523, or the date an order of confirmation of a Chapter 11 or Chapter 12 plan is entered.

Dated: 9/9/03

Debtor _____

Wizard Works Product Devel. Co.

Debtor _____

Attorney _____

**FILED**

SEP 1 0 2003

OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY