

# THE LAW OFFICE OF
# DAVID R. JUNEAU
## CPA • ESQ.

Clerk United States Bankruptcy Court
James T. Foley Federal Courthouse
445 Broadway
Albany, New York 12207


November 17, 2003


RE:  In Re Wizard Works Product Development Company, Inc.
     #03-15721

Dear Sir:

Please find enclosed for filing with the Court an original monthly report prepared by the Debtor in Possession in the above captioned matter. Please note that the report covers the period from the filing of the petition on August 26, 20023 to the end of October 2003. The two months were combined due to the minimal activity that took place on the company's books over that period.

Please date and time stamp the enclosed copy of the report and return it to me in the enclosed stamped envelope. If you have any further questions, please contact me at the address or phone number listed below.

Thank you very much for your cooperation in this matter.


Very truly yours,

Michael J. Scaptura, Esq.

Mjs
Encs.

CC:   US Trustee

RECEIVED & FILED
NOV 1 8 2003
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

ONE RAPP ROAD   •   ALBANY, NY 12203   •   TELEPHONE: 518.452.1333   •   FACSIMILE: 518.452.1444

12:46 PM
11/05/03
Accrual Basis

# WIZARD WORKS Debtor in Possession
## Balance Sheet
### As of October 31, 2003

|  | Oct 31, 03 |
|---|---:|
| **ASSETS** | |
|   Current Assets | |
|     Checking/Savings | |
|       1000 · Fleet Bank | 1,245.73 |
|     Total Checking/Savings | 1,245.73 |
|   Total Current Assets | 1,245.73 |
|   Fixed Assets | |
|     1500 · Equipment | 62,201.80 |
|     1599 · Accum. Depreciation | -12,097.00 |
|     1600 · Inventory | 25,000.00 |
|   Total Fixed Assets | 75,104.80 |
| **TOTAL ASSETS** | **76,350.53** |
| **LIABILITIES & EQUITY** | |
|   Equity | |
|     3000 · Opening Bal Equity | 86,111.44 |
|     Net Income | -9,760.91 |
|   Total Equity | 76,350.53 |
| **TOTAL LIABILITIES & EQUITY** | **76,350.53** |


RECEIVED & FILED
NOV 1 8 2003
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

12:46 PM
11/05/03
Accrual Basis

# WIZARD WORKS Debtor in Possession
## Profit & Loss
### October 2003

|  | Oct 03 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| 4900 · Sale of Asset | -5,480.00 |
| **Total Income** | -5,480.00 |
| **Gross Profit** | -5,480.00 |
| **Expense** | |
| 6340 · Telephone | 405.27 |
| 6500 · Wages - Officer | 3,500.00 |
| 6550 · Office Supplies | 375.64 |
| **Total Expense** | 4,280.91 |
| **Net Ordinary Income** | -9,760.91 |
| **Net Income** | -9,760.91 |


RECEIVED & FILED
NOV 1 8 2003
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

# WIZARD WORKS Debtor in Possession
## Journal
### August 26 through October 31, 2003

| Trans # | Type | Date | Num | Name | Memo | Account | Debit |
|---|---|---|---|---|---|---|---|
| 102 | | | | McBee | | 6550 · Office Supplies | 375.64 |
| | | | | | | | 375.64 |
| 103 | | | | Sprint PCS | | 6340 · Telephone | 405.27 |
| | | | | | | | 405.27 |
| 104 | | | | Mark Aragona | | 6500 · Wages - Officer | 3,500.00 |
| | | | | | | | 3,500.00 |
| TOTAL | | | | | | | 4,280.91 |

# WIZARD WORKS Debtor in Possession
## Journal
### August 26 through October 31, 2003

| Trans # | Type | Date | Num | Name | Memo | Account | Debit |
|---|---|---|---|---|---|---|---|
| 1 | Deposit | 08/26/2003 | | Deposit | Deposit - Intinial | | 526.64 |
| 2 | Deposit | 10/07/2003 | | Deposit | Deposit | 1000 · Fleet Bank | 5,000.00 |
| | | | | | | | 5,526.64 |

| | | |
|---|---|---|
| **TOTAL** | | **5,526.64** |

WIZARD WORKS Debtor in Possession

11/5/2003

Register: 1000 · Fleet Bank
From 01/01/2003 through 11/05/2003
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 08/26/2003 | 1 | | 3000 · Opening Bal Equity | Start of New Fleet A.... | | | 526.64 | 526.64 |
| 10/07/2003 | | Deposit | 4900 · Sale of Asset | Deposit | | | 5,000.00 | 5,526.64 |
| 10/10/2003 | 102 | McBee | 6550 · Office Supplies | | 375.64 | | | 5,151.00 |
| 10/10/2003 | 103 | Sprint PCS | 6340 · Telephone | | 405.27 | | | 4,745.73 |
| 10/10/2003 | 104 | Mark Aragona | 6500 · Wages - Officer | | 3,500.00 | | | 1,245.73 |

Page 1