11:02 AM

02/09/04

Accrual Basis

# WIZARD WORKS Debtor in Possession
## Balance Sheet
### As of September 30, 2003

Cse # 03-15721

| | Sep 30, 03 |
|---|---|
| ASSETS | |
| Current Assets | |
| Checking/Savings | |
| 1000 · Fleet Bank | 526.64 |
| Total Checking/Savings | 526.64 |
| Total Current Assets | 526.64 |
| Fixed Assets | |
| 1500 · Equipment | 75,301.80 |
| 1599 · Accum. Depreciation | -14,717.00 |
| 1600 · Inventory | 25,000.00 |
| Total Fixed Assets | 85,584.80 |
| **TOTAL ASSETS** | **86,111.44** |
| LIABILITIES & EQUITY | |
| Equity | |
| 3000 · Opening Bal Equity | 86,111.44 |
| Total Equity | 86,111.44 |
| **TOTAL LIABILITIES & EQUITY** | **86,111.44** |

FILED
2004 FEB 10 PM 2:09
CLERK OF THE
BANKRUPTCY COURT
N.D. OF N.Y.
ALBANY

11:01 AM

02/09/04

Accrual Basis

# WIZARD WORKS Debtor in Possession
## Profit & Loss
### September 2003

| | Sep 03 |
|---|---|
| Net Income | 0.00 |

11:11 AM

02/09/04

# WIZARD WORKS Debtor in Possession
## Journal
### September 2003

| Trans # | Type | Date | Num | Name | Memo | Account | Credit |
|---|---|---|---|---|---|---|---|
| TOTAL | | | | | | | |

# WIZARD WORKS Debtor in Possession
## Journal
### September 2003

| Trans # | Type | Date | Num | Name | Memo | Account | Debit |
|---|---|---|---|---|---|---|---|
| TOTAL | | | | | | | |



February 10, 2004

Help | Contact Fleet

> Print This Page
> Download Activity
> View Selected Detail
> View Another Account

## View Account Detail

**Sm Bus Checking** 9420423860
Current Balance $21,241.59
Available Balance $21,241.59

View the image of a check. Click any check number displayed below in bold.

Click on column headings below to sort.

Show Daily Balances

| Date | Check # | Description | Deposit | Withdrawal |
|---|---|---|---|---|
| 02/09/04 | 506 | Check | | -1,295.63 |
| 02/09/04 | 145 | Check | | -2,000.00 |
| 02/09/04 | 151 | Check | | -200.00 |
| 02/09/04 | 144 | Check | | -562.00 |
| 02/06/04 | | Preauth DB Capl Prof Se Ach. Trans | | -2,561.40 |
| 02/05/04 | | Deposit | 25,388.04 | |
| 02/04/04 | 132 | Check | | -64.93 |
| 02/03/04 | 505 | Check | | -650.97 |
| 02/03/04 | 504 | Check | | -694.87 |
| 02/03/04 | 503 | Check | | -769.80 |
| 02/03/04 | 139 | Check | | -526.00 |
| 02/03/04 | 134 | Check | | -1,474.80 |
| 02/03/04 | 135 | Check - Ecp | | -3,027.61 |
| 02/02/04 | 138 | Check - Ecp | | -37.60 |
| 02/02/04 | 111 | Check - Ecp | | -385.00 |
| 02/02/04 | | Preauth DB Capl Prof Se Ach. Trans | | -390.40 |
| 01/30/04 | 124 | Check | | -250.00 |
| 01/30/04 | 114 | Check | | -40.90 |
| 01/30/04 | 133 | Check | | -81.78 |
| 01/30/04 | | Preauth DB Capl Prof Se Ach. Trans Wizard Works | | -1,941.46 |
| 01/28/04 | 130 | Check | | -1,500.00 |
| 01/28/04 | 129 | Check | | -442.50 |
| 01/27/04 | | Preauth DB Home Depot U Debtcollct 012704 114 | | -60.90 |
| 01/26/04 | 131 | Check | | -300.00 |
| 01/22/04 | 125 | Check | | -2,500.00 |

| | | | | |
|---|---|---|---|---|
| 01/22/04 | 107 | Check | | -3,104.62 |
| 01/21/04 | 502 | Check | | -1,278.33 |
| 01/21/04 | 123 | Check | | -14.42 |
| 01/21/04 | 120 | Check | | -62.77 |
| 01/21/04 | 0 | Check | | -34.69 |
| 01/21/04 | 127 | Check - Ecp | | -36.97 |
| 01/20/04 | 126 | Check | | -47.89 |
| 01/16/04 | 331353 | Check | | -149.05 |
| 01/16/04 | 119 | Check | | -4,083.85 |
| 01/16/04 | | Preauth DB Capl Prof Se Ach. Trans Wizard Works | | -1,509.80 |
| 01/15/04 | | Prior Month Service Charge | | -12.00 |
| 01/14/04 | 118 | Check | | -63.79 |
| 01/13/04 | 117 | Check | | -45.88 |
| 01/13/04 | 113 | Check | | -46.79 |
| 01/13/04 | | Returned Check | 40.90 | |
| 01/12/04 | 114 | Check | | -40.90 |
| 01/12/04 | 112 | Check | | -1,200.00 |
| 01/09/04 | | Returned Check | 2,000.00 | |
| 01/08/04 | 109 | Check | | -2,000.00 |
| 01/07/04 | 108 | Check - Ecp | | -64.87 |
| 01/05/04 | | Deposit | 28,904.00 | |
| 12/12/03 | | Prior Month Service Charge | | -12.00 |
| 11/17/03 | | Prior Month Service Charge | | -63.22 |

View Another Account
Sm Bus Checking 9420423860 GO

View Additional Activity

OL - 04.04.03 - AI020
p: SD: w3 AP 7-02 : 202:MW 7:EFT gw4:GTPS gw4


February 10, 2004

Help | Contact Fleet

> Print This Page
> Download Activity
> View Selected Detail
> View Another Account

## View Account Detail

**Sm Bus Checking** 9420423860
Current Balance $21,241.59
Available Balance $21,241.59

View the image of a check. Click any check number displayed below in bold.

Click on column headings below to sort.

Show Daily Balances

| Date | Check # | Description | Deposit | Withdrawal |
|---|---|---|---|---|
| 12/12/03 | | Prior Month Service Charge | | -12.00 |
| 11/17/03 | | Prior Month Service Charge | | -63.22 |
| 10/16/03 | 103 | Check | | -405.27 |
| 10/15/03 | 102 | Check | | -375.64 |
| 10/15/03 | | Prior Month Service Charge | | -12.50 |
| 10/14/03 | 104 | Check | | -3,500.00 |
| 10/10/03 | | Deposit | 4,424.81 | |

View Another Account
Sm Bus Checking 9420423860 GO

View Additional Activity

OL - 04.04.03 - AI020
p: SD: w3 AP 7-02 : 202:MW 7:EFT gw4:GTPS gw4


February 10, 2004

Help | Contact Fleet

> Print This Page
> Download Activity
> View Selected Detail
> View Another Account

## View Account Detail

**Sm Bus Checking** 9420423860
Current Balance $21,241.59
Available Balance $21,241.59

View the image of a check. Click any check number displayed below in bold.

Click on column headings below to sort.

Show Daily Balances

| Date | Check # | Description | Deposit | Withdrawal |
|---|---|---|---|---|
| 10/16/03 | 103 | Check | | -405.27 |
| 10/15/03 | 102 | Check | | -375.64 |
| 10/15/03 | | Prior Month Service Charge | | -12.50 |
| 10/14/03 | 104 | Check | | -3,500.00 |
| 10/10/03 | | Deposit | 4,424.81 | |
| 09/02/03 | | Business Deposit | 426.64 | |

View Another Account
Sm Bus Checking 9420423860 

View Additional Activity

OL - 04.04.03 - AI020
p: SD: w3 AP 7-02 : 202:MW 7:EFT gw4:GTPS gw4

Assist

Escape

40 BROADWAY
ALBANY NY 12202

EIN: 14-1826203 Last Mnt: A
Contact: MARK ARAGONA
Title: PRESIDENT
Phone #: 518-434-[illegible]

| Product | Account Number | Balance | Rel | Status |
|---|---|---|---|---|
| Access Card | 5610048879236268 | | ROD | OPEN |
| Access Card | 5048378029585161 | | ROD | CLOSED |
| Access Card | 5048378029585179 | | ROD | CLOSED |
| [illegible] | 070546922 | | BUS | OPEN |
| Checking | 9420423880 | $ 21,241.[illegible] | BUS | OPEN |

WIZARD WORKS PRODUCT DEVELOPMENT
DEBTOR IN POSSESSION [illegible] ACCOUNT
40 BROADWAY
ALBANY NY 12202

| | | | | | |
|---|---|---|---|---|---|
| [illegible] | $ | 100.25 | Net Pending | $ | 100.00 |
| Available | $ | 100.25 | [illegible] | $ | 0.00 |
| [illegible] | $ | 0.00 | [illegible] | $ | 0.00 |
| Savings Available | $ | 0.00 | [illegible] Average | $ | 50.00 |
| Total Available | $ | 100.25 | Service Charge [illegible] | $ | 0.00 |
| [illegible] | | NY 075 00610 | [illegible] Code | | [illegible] |
| [illegible] | $ | 100.00 | Date Last Dep | | 05/02/03 |

| Date | Description | Serial # | | Amount | | Ending Balance |
|---|---|---|---|---|---|---|
| 01/30/04 | ACCOUNT ACTIVITY FEES | 1 | $ | -19.95 | $ | 8.25 |
| 01/30/04 | ACCOUNT ACTIVITY FEES | | $ | -19.95 | | |
| 12/31/03 | ACCOUNT ACTIVITY FEES | 1 | $ | -19.95 | $ | 28.20 |
| 12/31/03 | ACCOUNT ACTIVITY FEES | | $ | -19.95 | | |
| 11/28/03 | ACCOUNT ACTIVITY FEES | 1 | $ | -19.95 | $ | 40.15 |
| 11/28/03 | ACCOUNT ACTIVITY FEES | | $ | -19.95 | | |

Assist

Escape

| | | | | | |
|---|---|---|---|---|---|
| 01/30/04 | ACCOUNT ACTIVITY FEES SEQ#: 0000000000 | | $ | -19.95 | |
| 12/31/03 | ACCOUNT ACTIVITY FEES MONTHLY FEE | 1 | $ | -19.95 $ | 20.20 |
| 12/31/03 | ACCOUNT ACTIVITY FEES SEQ#: 0000000000 | | $ | -19.95 | |
| 11/28/03 | ACCOUNT ACTIVITY FEES MONTHLY FEE | 1 | $ | -19.95 $ | 40.15 |
| 11/28/03 | ACCOUNT ACTIVITY FEES SEQ#: 0000000000 | | $ | -19.95 | |
| 10/31/03 | ACCOUNT ACTIVITY FEES MONTHLY FEE | 1 | $ | -19.95 $ | 60.10 |
| 10/31/03 | ACCOUNT ACTIVITY FEES SEQ#: 0000000000 | | $ | -19.95 | |
| 09/30/03 | ACCOUNT ACTIVITY FEES MONTHLY FEE | 1 | $ | -19.95 $ | 80.05 |
| 09/30/03 | ACCOUNT ACTIVITY FEES SEQ#: 0000000000 | | $ | -19.95 | |
| 09/02/03 | BUSINESS DEPOSIT SEQ#: [illegible] | | $ | 100.00 $ | 100.00 |

| Date | Transaction # | | | Amount | Ending Balance |
|---|---|---|---|---|---|
| 01/30/04 | 999999999 | 1 | $ | -19.95 $ | 0.25 |

Description

MONTHLY FEE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

---

In Re:

**WIZARD WORKS PRODUCT DEVELOPMENT COMPANY, INC.,**

Chapter 11
Case No. 03-15721

Debtor,

---

**VERIFICATION OF MONTHLY REPORTS**

The undersigned, having prepared the foregoing reports, certifies, under penalty of perjury, that the information contained therein is complete, accurate, and truthful, to the best of my knowledge.

Dated: 2.5.04

[signature]
_______________

President
_______________
Title

40 Broadway
Albany NY
12202
_______________
Address