# WIZARD WORKS Debtor in Possession
## Unaudited Profit & Loss
### January through May 2007

|  | Jan - May 07 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Refund** | 2,510.86 |
| **SALES (Sales Revenue)** | |
| 411-900 · Casino Pier Revenue | 1,522.16 |
| 402-900 · Frisco Revenue | 2,333.59 |
| 999-991 · Funtasia Income | 12,475.00 |
| 407-900 · City of Freemont Revenue | 16,500.00 |
| 410-900 · Sunbelt (Lovington) Revenue | 14,625.00 |
| 499-900 · Mirage Revenue (Chime Long) | 11,070.18 |
| 408-900 · Jellystone Revenue | 149,950.00 |
| 406-900 · Northpointe Revenue (Sales Revenue from Northpoint) | 72,980.00 |
| 498-900 · Sunbelt Pools Revenue (Lovington) | 29,250.00 |
| 403-900 · Design Craftsman Revenue | 4,990.53 |
| 409-900 · Badger Swim Pools Revenue | 7,280.00 |
| 401-900 · Aqua Leisure Revenue | 4,263.00 |
| **Total SALES (Sales Revenue)** | 327,239.46 |
| **Miscellaneous Income** | 1,791.17 |
| **Total Income** | 331,541.49 |
| **Cost of Goods Sold** | |
| Indirect Materials | 9,652.50 |
| COGS Travel (Travel billable to job) | 4,308.21 |
| COGS Inbound shipping (Use when vendor charges WW) | 2,307.80 |
| COGS Outbound Shipping (Cost of Shipping out to cust.) | 5,347.22 |
| Consultants | 7,478.63 |
| COGS (COGS) | 115,055.58 |
| **Total COGS** | 144,149.94 |
| **Gross Profit** | 187,391.55 |
| **Expense** | |
| Computer Hardware/Software | 36.98 |
| **REPAIRS** | |
| Equipment Maintenance/Repairs | 125.00 |
| **Total REPAIRS** | 125.00 |
| **FEES** | |
| Bank Fees (Bank Fees) | 548.42 |
| Finance Charges (Finance Charges) | 8.48 |
| Service Fee (Misc. Service Fees) | 7.00 |
| Late Payment Fee (Late Payment Fee) | 402.65 |
| Other Penalty / Fees (Other Penalty / Fees) | 440.45 |
| **Total FEES** | 1,407.00 |
| **PROFESSIONAL SERVICES** | |
| Outside Accounting (Outside Accounting) | |
| Payroll Service | 1,055.19 |
| Total Outside Accounting (Outside Accounting) | 1,055.19 |
| PROFESSIONAL SERVICES - Other | 626.68 |
| **Total PROFESSIONAL SERVICES** | 1,681.87 |
| **PAYROLL DEDUCTIONS** | |
| Child Support (Child Support) | 585.00 |
| **Total PAYROLL DEDUCTIONS** | 585.00 |
| **Petty Expenses (Petty Expenses)** | 4,430.10 |
| **Freight/Delivery (Use for shipping-non COG)** | 227.02 |
| **Marketing (Marketing)** | 23,272.53 |
| **Bankruptcy Expenses (Bankruptcy Expenses)** | 11,455.54 |

# WIZARD WORKS Debtor in Possession
## Unaudited Profit & Loss
### January through May 2007

|  | Jan - May 07 |
|---|---:|
| **SALARIES** | |
|     Vice President of Production | 630.41 |
|     Controls / Field Manager | 8,862.67 |
|     VP of Design | 13,338.09 |
|     Mechanical Engineer (Mechanical Engineer) | 11,838.96 |
|     Laborer (Laborer) | 10,347.96 |
|     Shop Manager (Salaries - Shop Manager) | 7,839.32 |
|     Project Manager ( Project Manager) | 7,564.92 |
|     Office Manager (Office Manager) | 7,064.03 |
|     Officer (Officer) | 14,233.61 |
| **Total SALARIES** | 81,719.97 |
| **SALES EXPENSES** | |
|     Travel | 2,660.49 |
|     Meals | 143.54 |
|     Fuel | 230.88 |
| **Total SALES EXPENSES** | 3,034.91 |
| **INSURANCE** | |
|     Insurance, Disability Benefit (Annual Premium for disability) | 384.60 |
|     Commercial Insurance | 636.30 |
|     Health Insurance (Health Insurance) | 4,515.06 |
|     Liability Insurance | 6,894.58 |
| **Total INSURANCE** | 12,430.54 |
| Postage | 245.95 |
| Building Lease | 3,050.00 |
| **TELEPHONE** | |
|     003-09 · Verizon | 11.56 |
|     002-09 · CornerStone Telephone | 2,125.30 |
|     001-09 · Sprint | 1,382.39 |
| **Total TELEPHONE** | 3,519.25 |
| Utilities (Utilities Expense) | 4,718.62 |
| Office Supplies | 1,020.08 |
| **TAXES** | |
|     State/Local Sales Tax | 275.11 |
|     **PAYROLL TAXES** | |
|         State Income Taxes (State Taxes) | 8,349.38 |
|         Federal Income Taxes (Federal Taxes) | 13,186.49 |
|         FICA - Employee Paid | 7,330.65 |
|         Federal Unemployment (Federal Unemployment) | -208.29 |
|         FICA - Employer Share (Employer Share - OASDI) | 7,836.88 |
|         State Unemployment (State Unemployment) | 7,252.05 |
|         PAYROLL TAXES - Other | -112.63 |
|     **Total PAYROLL TAXES** | 43,634.53 |
| **Total TAXES** | 43,909.64 |
|     Small tools | 81.16 |
| **Total Expense** | 196,951.16 |
| **Net Ordinary Income** | -9,559.61 |
| **Other Income/Expense** | |
|   Other Expense | |
|     Consultant (Non-COG) | 1,117.23 |
|     Other Expenses (Other Expenses) | 2,697.32 |
| **Total Other Expense** | 3,814.55 |
| **Net Other Income** | -3,814.55 |
| **Net Income** | **-13,374.16** |