# WIZARD WORKS Debtor in Possession
## Cash Disbursements Journal
### May 2007

| Trans # | Type | Date | Num | Name | Memo | Account | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| 4251 | Check | 5/4/2007 | DD | Thomas W Buckton | Pay period en... | Fleet Bank | | 657.72 |
| | | | | Wizard Works Prod... | Pay period en... | Mechanical Enginee... | 657.72 | |
| | | | | | | | 657.72 | 657.72 |
| 4252 | Check | 5/4/2007 | 50122 | Thomas J Helfrich Jr. | Pay period en... | Fleet Bank | | 630.41 |
| | | | | Wizard Works Prod... | Pay period en... | Project Manager ( P... | 630.41 | |
| | | | | | | | 630.41 | 630.41 |
| 4253 | Check | 5/4/2007 | 50123 | Timothy J King | Pay period en... | Fleet Bank | | 363.36 |
| | | | | Wizard Works Prod... | Pay period en... | Shop Manager (Sala... | 363.36 | |
| | | | | | | | 363.36 | 363.36 |
| 4254 | Check | 5/4/2007 | DD | Scott R Palliser | Pay period en... | Fleet Bank | | 439.14 |
| | | | | Wizard Works Prod... | Wages Less ... | Controls / Field Man... | 439.14 | |
| | | | | | | | 439.14 | 439.14 |
| 4255 | Check | 5/4/2007 | 50124 | Dana J Prior | Pay period en... | Fleet Bank | | 540.36 |
| | | | | Wizard Works Prod... | Pay period en... | Office Manager (Offi... | 540.36 | |
| | | | | | | | 540.36 | 540.36 |
| 4256 | Check | 5/4/2007 | DD | PAYCHEX | Pay period en... | Fleet Bank | | 1,092.33 |
| | | | | Wizard Works Prod... | Pay period en... | FICA - Employee Paid | 251.48 | |
| | | | | Wizard Works Prod... | Pay period en... | Federal Income Tax... | 271.48 | |
| | | | | Wizard Works Prod... | Pay period en... | State Income Taxes... | 130.45 | |
| | | | | Wizard Works Prod... | Pay period en... | FICA - Employer Sh... | 259.79 | |
| | | | | Wizard Works Prod... | Pay period en... | State Unemploymen... | 179.13 | |
| | | | | | | | 1,092.33 | 1,092.33 |
| 4270 | Check | 5/2/2007 | | Staples | Ink for Marks ... | Fleet Bank | | 62.16 |
| | | | | Wizard Works Prod... | Ink for Marks ... | Office Supplies | 62.16 | |
| | | | | | | | 62.16 | 62.16 |
| 4271 | Check | 5/2/2007 | | Staples | Tape, folders,... | Fleet Bank | | 11.84 |
| | | | | Wizard Works Prod... | Tape, folders,... | Office Supplies | 11.84 | |
| | | | | | | | 11.84 | 11.84 |
| 4272 | Check | 5/3/2007 | 3353 | Calen Quick | Period ending... | Fleet Bank | | 177.50 |
| | | | | Jellystone | 1.5 hrs/$10 | Consultants | 15.00 | |
| | | | | Jellystone | 15.5 hrs/$10 | Consultants | 155.00 | |
| | | | | Wizard Works Prod... | .75hr/$10 | Consultant (Non-CO... | 7.50 | |
| | | | | | | | 177.50 | 177.50 |
| 4273 | Check | 5/3/2007 | 3354 | Albany County Busi... | Loan Applicat... | Fleet Bank | | 350.00 |
| | | | | Wizard Works Prod... | Loan Applicat... | Other Penalty / Fee... | 350.00 | |
| | | | | | | | 350.00 | 350.00 |
| 4274 | Check | 5/3/2007 | DBT | FW Webb | | Fleet Bank | | 136.12 |
| | | | | Wizard Works Prod... | Nipples, Ada... | Indirect Materials | 136.12 | |
| | | | | | | | 136.12 | 136.12 |
| 4279 | Check | 5/4/2007 | DBT | Stewarts Shops | | Fleet Bank | | 56.00 |
| | | | | Wizard Works Prod... | | Fuel | 56.00 | |
| | | | | | | | 56.00 | 56.00 |
| 4280 | Check | 5/4/2007 | DBT | The Eighteen Whee... | Lunch Meeting | Fleet Bank | | 32.40 |
| | | | | Wizard Works Prod... | Lunch Meeting | Meals | 32.40 | |
| | | | | | | | 32.40 | 32.40 |
| 4281 | Check | 5/4/2007 | | Kivort Steel Inc | Jellystone (N... | Fleet Bank | | 265.15 |
| | | | | Jellystone | 3/4" SS Sch 1... | COGS (COGS) | 169.60 | |
| | | | | Jellystone | SS Angle, 1" ... | COGS (COGS) | 95.55 | |
| | | | | | | | 265.15 | 265.15 |
| 4286 | Check | 5/10/2007 | DD | Thomas W Buckton | Pay period en... | Fleet Bank | | 657.72 |
| | | | | Wizard Works Prod... | Pay period en... | Mechanical Enginee... | 657.72 | |
| | | | | | | | 657.72 | 657.72 |
| 4287 | Check | 5/11/2007 | 50127 | Thomas J Helfrich Jr. | Pay period en... | Fleet Bank | | 630.41 |
| | | | | Wizard Works Prod... | Pay period en... | Project Manager ( P... | 630.41 | |
| | | | | | | | 630.41 | 630.41 |
| 4288 | Check | 5/11/2007 | 50128 | Timothy J King | Pay period en... | Fleet Bank | | 381.93 |
| | | | | Wizard Works Prod... | Pay period en... | Shop Manager (Sala... | 381.93 | |
| | | | | | | | 381.93 | 381.93 |

# WIZARD WORKS Debtor in Possession
## Cash Disbursements Journal
### May 2007

| Trans # | Type | Date | Num | Name | Memo | Account | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| 4289 | Check | 5/10/2007 | DD | Scott R Palliser | Pay period en... | Fleet Bank | | 416.09 |
| | | | | Wizard Works Prod... | Pay period en... | Controls / Field Man... | 416.09 | |
| | | | | | | | 416.09 | 416.09 |
| 4290 | Check | 5/11/2007 | 50130 | Dana J Prior | Pay period en... | Fleet Bank | | 540.36 |
| | | | | Wizard Works Prod... | Pay period en... | Office Manager (Offi... | 540.36 | |
| | | | | | | | 540.36 | 540.36 |
| 4291 | Check | 5/11/2007 | DD | PAYCHEX | | Fleet Bank | | 1,130.06 |
| | | | | Wizard Works Prod... | Pay period en... | FICA - Employee Paid | 259.21 | |
| | | | | Wizard Works Prod... | Pay period en... | Federal Income Tax... | 287.55 | |
| | | | | Wizard Works Prod... | Pay period en... | State Income Taxes... | 137.13 | |
| | | | | Wizard Works Prod... | Pay period en... | FICA - Employer Sh... | 264.59 | |
| | | | | Wizard Works Prod... | Pay period en... | State Unemploymen... | 181.58 | |
| | | | | | | | 1,130.06 | 1,130.06 |
| 4295 | Check | 5/7/2007 | DBT | Staples | Binder | Fleet Bank | | 4.63 |
| | | | | Wizard Works Prod... | D RING BIND... | Office Supplies | 4.63 | |
| | | | | | | | 4.63 | 4.63 |
| 4299 | Check | 5/11/2007 | 3358 | Calen Quick | Pay period en... | Fleet Bank | | 140.83 |
| | | | | Jellystone | 3.75 hrs@ $1... | Consultants | 37.50 | |
| | | | | Jellystone | 6.25 hrs @ $... | Consultants | 62.50 | |
| | | | | Jellystone | 4.33 hrs @ $... | Consultants | 40.83 | |
| | | | | | | | 140.83 | 140.83 |
| 4304 | Check | 5/10/2007 | DD | PAYCHEX | Payroll Servic... | Fleet Bank | | 157.19 |
| | | | | Wizard Works Prod... | Payroll Servic... | Payroll Service | 157.19 | |
| | | | | | | | 157.19 | 157.19 |
| 4312 | Check | 5/11/2007 | DBT | Home Depot | Spray Paint | Fleet Bank | | 6.74 |
| | | | | Jellystone | Spray Paint | COGS (COGS) | 6.74 | |
| | | | | | | | 6.74 | 6.74 |
| 4313 | Check | 5/11/2007 | DBT | Douglas Industrial | Installation co... | Fleet Bank | | 62.59 |
| | | | | Wizard Works Prod... | 18-8 STAINL... | Indirect Materials | 42.65 | |
| | | | | Wizard Works Prod... | NNE NYLON ... | Indirect Materials | 19.94 | |
| | | | | | | | 62.59 | 62.59 |
| 4314 | Check | 5/11/2007 | DBT | Woodward Co | Keligrout for J... | Fleet Bank | | 66.16 |
| | | | | Jellystone | Keligrout 30 kg | COGS (COGS) | 66.16 | |
| | | | | | | | 66.16 | 66.16 |
| 4315 | Check | 5/11/2007 | DBT | Expedia.com | Booking fee | Fleet Bank | | 5.00 |
| | | | | Jellystone | Booking Fee | COGS Travel (Trav... | 5.00 | |
| | | | | | | | 5.00 | 5.00 |
| 4316 | Check | 5/11/2007 | DBT | US Airways | Scott to Jellys... | Fleet Bank | | 498.10 |
| | | | | Jellystone | Scott plane ti... | COGS Travel (Trav... | 498.10 | |
| | | | | | | | 498.10 | 498.10 |
| 4317 | Check | 5/11/2007 | DBT | US Postal Service | Mailing broch... | Fleet Bank | | 6.93 |
| | | | | Wizard Works Prod... | Mailed broch... | Marketing (Marketing) | 6.93 | |
| | | | | | | | 6.93 | 6.93 |
| 4318 | Check | 5/11/2007 | DBT | Staples | Binders | Fleet Bank | | 13.90 |
| | | | | Wizard Works Prod... | Binders | State/Local Sales Tax | 1.03 | |
| | | | | Wizard Works Prod... | 1" 3 RING BI... | Office Supplies | 12.87 | |
| | | | | | | | 13.90 | 13.90 |
| 4319 | Check | 5/11/2007 | DBT | Vanguard Car Rent... | Scott - Car re... | Fleet Bank | | 824.39 |
| | | | | Jellystone | Scott - Car re... | COGS Travel (Trav... | 824.39 | |
| | | | | | | | 824.39 | 824.39 |
| 4320 | Check | 5/11/2007 | DBT | Red Roof Inn | Scott - Hotel ... | Fleet Bank | | 588.48 |
| | | | | Jellystone | Lodging while... | COGS Travel (Trav... | 588.48 | |
| | | | | | | | 588.48 | 588.48 |
| 4321 | Check | 5/11/2007 | DBT | Back Yard Burgers ... | Scott - Lunch ... | Fleet Bank | | 6.75 |
| | | | | Jellystone | Dinner for Sc... | COGS Travel (Trav... | 6.75 | |
| | | | | | | | 6.75 | 6.75 |
| 4324 | Check | 5/14/2007 | DBT | US Postal Service | Mailing broch... | Fleet Bank | | 8.88 |
| | | | | Wizard Works Prod... | Mailing broch... | Marketing (Marketing) | 8.88 | |
| | | | | | | | 8.88 | 8.88 |

# WIZARD WORKS Debtor in Possession
## Cash Disbursements Journal
### May 2007

| Trans # | Type | Date | Num | Name | Memo | Account | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| 4325 | Check | 5/15/2007 | DBT | US Postal Service | Overnight che... | Fleet Bank | | 16.25 |
| | | | | Wizard Works Prod... | To overnight ... | Postage | 16.25 | |
| | | | | | | | 16.25 | 16.25 |
| 4326 | Check | 5/15/2007 | DBT | One Stop Deli - Pel... | Meal while on... | Fleet Bank | | 8.46 |
| | | | | Jellystone | Scott Lunch o... | COGS Travel (Trav... | 8.46 | |
| | | | | | | | 8.46 | 8.46 |
| 4327 | Check | 5/14/2007 | DBT | Kroger #388 Brando... | Water while o... | Fleet Bank | | 6.94 |
| | | | | Jellystone | Drinking Water | COGS Travel (Trav... | 6.94 | |
| | | | | | | | 6.94 | 6.94 |
| 4328 | Check | 5/14/2007 | DBT | Dukes Steak House ... | Scott Dinner ... | Fleet Bank | | 22.07 |
| | | | | Jellystone | Scott dinner o... | COGS Travel (Trav... | 22.07 | |
| | | | | | | | 22.07 | 22.07 |
| 4338 | Check | 5/16/2007 | DBT | Staples | | Fleet Bank | | 27.92 |
| | | | | Wizard Works Prod... | Binders, Lette... | Office Supplies | 27.92 | |
| | | | | | | | 27.92 | 27.92 |
| 4339 | Check | 5/17/2007 | DD | Thomas W Buckton | Pay Period en... | Fleet Bank | | 657.72 |
| | | | | Wizard Works Prod... | Pay Period en... | Mechanical Enginee... | 657.72 | |
| | | | | | | | 657.72 | 657.72 |
| 4340 | Check | 5/17/2007 | DD | Scott R Palliser | Pay Period en... | Fleet Bank | | 491.09 |
| | | | | Wizard Works Prod... | Pay Period en... | Controls / Field Man... | 245.55 | |
| | | | | Wizard Works Prod... | Pay Period en... | Controls / Field Man... | 245.54 | |
| | | | | | | | 491.09 | 491.09 |
| 4341 | Check | 5/18/2007 | 50132 | Todd Helfrich | Pay Period en... | Fleet Bank | | 630.41 |
| | | | | Wizard Works Prod... | Pay Period en... | Project Manager ( P... | 630.41 | |
| | | | | | | | 630.41 | 630.41 |
| 4342 | Check | 5/18/2007 | 50133 | Timothy J King | Pay Period en... | Fleet Bank | | 288.85 |
| | | | | Wizard Works Prod... | Pay Period en... | Shop Manager (Sala... | 288.85 | |
| | | | | | | | 288.85 | 288.85 |
| 4343 | Check | 5/18/2007 | 50135 | Dana J Prior | Pay Period en... | Fleet Bank | | 540.36 |
| | | | | Wizard Works Prod... | Pay Period en... | Office Manager (Offi... | 540.36 | |
| | | | | | | | 540.36 | 540.36 |
| 4344 | Check | 5/18/2007 | DD | PAYCHEX | Pay Period en... | Fleet Bank | | 998.85 |
| | | | | Wizard Works Prod... | Pay Period en... | FICA - Employee Paid | 249.27 | |
| | | | | Wizard Works Prod... | Pay Period en... | Federal Income Tax... | 268.05 | |
| | | | | Wizard Works Prod... | Pay Period en... | State Income Taxes... | 129.65 | |
| | | | | Wizard Works Prod... | Pay Period en... | FICA - Employer Sh... | 251.42 | |
| | | | | Wizard Works Prod... | Pay Period en... | State Unemploymen... | 100.46 | |
| | | | | | | | 998.85 | 998.85 |
| 4348 | Check | 5/17/2007 | DBT | FW Webb | | Fleet Bank | | 100.10 |
| | | | | Wizard Works Prod... | 6" SS SCH 1... | COGS (COGS) | 34.10 | |
| | | | | Wizard Works Prod... | 3/4" BALL VA... | COGS (COGS) | 22.80 | |
| | | | | Wizard Works Prod... | VALVE BALL ... | Indirect Materials | 27.50 | |
| | | | | Wizard Works Prod... | 3" PVC Threa... | COGS (COGS) | 15.70 | |
| | | | | | | | 100.10 | 100.10 |
| 4349 | Check | 5/15/2007 | DBT | Store #1882 Brando... | Scott dinner o... | Fleet Bank | | 13.34 |
| | | | | Jellystone | Meals while o... | COGS Travel (Trav... | 13.34 | |
| | | | | | | | 13.34 | 13.34 |
| 4351 | Check | 5/16/2007 | DBT | Store #1882 Brando... | Scotts dinner ... | Fleet Bank | | 12.59 |
| | | | | Jellystone | Meals while o... | COGS Travel (Trav... | 12.59 | |
| | | | | | | | 12.59 | 12.59 |
| 4352 | Check | 5/17/2007 | DBT | One Stop Deli - Pel... | Scott meals ... | Fleet Bank | | 4.68 |
| | | | | Jellystone | Meals while o... | COGS Travel (Trav... | 4.68 | |
| | | | | | | | 4.68 | 4.68 |
| 4354 | Check | 5/15/2007 | | | Service Charge | Fleet Bank | | 59.23 |
| | | | | Wizard Works Prod... | Service Charge | Bank Fees (Bank Fe... | 59.23 | |
| | | | | | | | 59.23 | 59.23 |
| 4357 | Check | 5/17/2007 | DBT | The Eighteen Whee... | Lunch meeting | Fleet Bank | | 50.00 |
| | | | | Wizard Works Prod... | Meeting with ... | Petty Expenses (Pet... | 50.00 | |
| | | | | | | | 50.00 | 50.00 |

# WIZARD WORKS Debtor in Possession
## Cash Disbursements Journal
### May 2007

| Trans # | Type | Date | Num | Name | Memo | Account | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| 4359 | Check | 5/18/2007 | 3364 | Calen Quick | Period ending... | Fleet Bank | | 282.50 |
| | | | | Jellystone | 2 1/2 hrs | Consultants | 22.50 | |
| | | | | Jellystone | 3/4 hr | Consultants | 7.50 | |
| | | | | Jellystone | 1 hr | Consultants | 10.00 | |
| | | | | Jellystone | 1 1/4 hr | Consultants | 12.50 | |
| | | | | Jellystone | 1 1/4 hr | Consultants | 12.50 | |
| | | | | Jellystone | 3/4 hr | Consultants | 7.50 | |
| | | | | City of Freemont | 1 1/2 hr | Consultants | 15.00 | |
| | | | | Northpointe | 1 1/2 hr | Consultants | 15.00 | |
| | | | | Jellystone | 3 3/4 hr | Consultants | 37.50 | |
| | | | | Jellystone | 6 3/4 hr | Consultants | 67.50 | |
| | | | | Wizard Works Prod... | Period ending... | Consultants | 75.00 | |
| | | | | | | | 282.50 | 282.50 |
| 4362 | Check | 5/18/2007 | DBT | Robins Florist and ... | Material used... | Fleet Bank | | 11.11 |
| | | | | Jellystone | Material used... | COGS (COGS) | 11.11 | |
| | | | | | | | 11.11 | 11.11 |
| 4363 | Check | 5/18/2007 | DBT | Wards of Pelahatchie | Scott meal w... | Fleet Bank | | 6.82 |
| | | | | Jellystone | Scott meal w... | COGS Travel (Trav... | 6.82 | |
| | | | | | | | 6.82 | 6.82 |
| 4364 | Check | 5/18/2007 | DBT | Dicks Sporting Goods | | Fleet Bank | | 4.30 |
| | | | | Jellystone | | COGS (COGS) | 4.30 | |
| | | | | | | | 4.30 | 4.30 |
| 4365 | Check | 5/18/2007 | DBT | Lowes | | Fleet Bank | | 9.35 |
| | | | | Wizard Works Prod... | Tap 1/4" NC ... | COGS (COGS) | 9.35 | |
| | | | | | | | 9.35 | 9.35 |
| 4366 | Check | 5/18/2007 | DBT | Lowes | Packing tape/... | Fleet Bank | | 41.67 |
| | | | | Wizard Works Prod... | Packing tape/... | Indirect Materials | 41.67 | |
| | | | | | | | 41.67 | 41.67 |
| 4367 | Check | 5/21/2007 | DBT | Graybar Eletric | J Box | Fleet Bank | | 20.31 |
| | | | | Wizard Works Prod... | J Box | State/Local Sales Tax | 1.50 | |
| | | | | Jellystone | 6X6X4 J BOX... | COGS (COGS) | 18.81 | |
| | | | | | | | 20.31 | 20.31 |
| 4368 | Check | 5/21/2007 | DBT | Woodward Co | Keligrout | Fleet Bank | | 76.23 |
| | | | | Wizard Works Prod... | Keligrout | State/Local Sales Tax | 5.65 | |
| | | | | Jellystone | Keligrout 30 kg | COGS (COGS) | 70.58 | |
| | | | | | | | 76.23 | 76.23 |
| 4369 | Check | 5/21/2007 | DBT | Amoco Oil | Fuel for Scott... | Fleet Bank | | 34.00 |
| | | | | Jellystone | Scott vehicle f... | COGS Travel (Trav... | 34.00 | |
| | | | | | | | 34.00 | 34.00 |
| 4370 | Check | 5/21/2007 | DBT | Dukes Steak House ... | Scott dinner o... | Fleet Bank | | 22.07 |
| | | | | Jellystone | Scott dinner o... | COGS Travel (Trav... | 22.07 | |
| | | | | | | | 22.07 | 22.07 |
| 4371 | Check | 5/21/2007 | DBT | Sonneys Real Pit Ba... | Scott Lunch o... | Fleet Bank | | 21.68 |
| | | | | Jellystone | Scott Lunch o... | COGS Travel (Trav... | 21.68 | |
| | | | | | | | 21.68 | 21.68 |
| 4372 | Check | 5/21/2007 | DBT | Chevron | Fuel while at ... | Fleet Bank | | 11.87 |
| | | | | Jellystone | Fuel while at ... | COGS Travel (Trav... | 11.87 | |
| | | | | | | | 11.87 | 11.87 |
| 4373 | Check | 5/21/2007 | DBT | KFC | Scott meal w... | Fleet Bank | | 8.01 |
| | | | | Jellystone | Scott meal w... | COGS Travel (Trav... | 8.01 | |
| | | | | | | | 8.01 | 8.01 |
| 4374 | Check | 5/21/2007 | DBT | One Stop Deli - Pel... | Scott food wh... | Fleet Bank | | 6.59 |
| | | | | Jellystone | Scott food wh... | COGS Travel (Trav... | 6.59 | |
| | | | | | | | 6.59 | 6.59 |
| 4375 | Check | 5/21/2007 | DBT | Taco Bell | Scott dinner ... | Fleet Bank | | 5.72 |
| | | | | Jellystone | Scott dinnner ... | COGS Travel (Trav... | 5.72 | |
| | | | | | | | 5.72 | 5.72 |
| 4376 | Check | 5/21/2007 | DBT | One Stop Deli - Pel... | Scott food wh... | Fleet Bank | | 5.33 |
| | | | | Jellystone | Scott food wh... | COGS Travel (Trav... | 5.33 | |
| | | | | | | | 5.33 | 5.33 |

# WIZARD WORKS Debtor in Possession
## Cash Disbursements Journal
### May 2007

| Trans # | Type | Date | Num | Name | Memo | Account | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| 4377 | Check | 5/21/2007 | DBT | Denson Oil Co | Scott Food at ... | Fleet Bank | | 10.53 |
| | | | | Jellystone | Food while at ... | COGS Travel (Trav... | 10.53 | |
| | | | | | | | 10.53 | 10.53 |
| 4378 | Check | 5/21/2007 | DBT | Dukes Steak House ... | Scott meals ... | Fleet Bank | | 10.50 |
| | | | | Jellystone | Scott meal at ... | COGS Travel (Trav... | 10.50 | |
| | | | | | | | 10.50 | 10.50 |
| 4379 | Check | 5/21/2007 | DBT | One Stop Deli - Pel... | Scott meals ... | Fleet Bank | | 7.88 |
| | | | | Jellystone | Scott meals ... | COGS Travel (Trav... | 7.88 | |
| | | | | | | | 7.88 | 7.88 |
| 4380 | Check | 5/25/2007 | DD | Thomas W Buckton | Pay period en... | Fleet Bank | | 657.72 |
| | | | | Wizard Works Prod... | Pay period en... | Mechanical Enginee... | 657.72 | |
| | | | | | | | 657.72 | 657.72 |
| 4381 | Check | 5/25/2007 | 50137 | Thomas J Helfrich Jr. | Pay period en... | Fleet Bank | | 630.41 |
| | | | | Wizard Works Prod... | Pay period en... | Vice President of Pr... | 630.41 | |
| | | | | | | | 630.41 | 630.41 |
| 4382 | Check | 5/25/2007 | 50138 | Timothy J King | Pay period en... | Fleet Bank | | 428.09 |
| | | | | Wizard Works Prod... | Pay period en... | Shop Manager (Sala... | 428.09 | |
| | | | | | | | 428.09 | 428.09 |
| 4383 | Check | 5/25/2007 | DD | Scott R Palliser | Pay period en... | Fleet Bank | | 491.09 |
| | | | | Wizard Works Prod... | Pay period en... | Controls / Field Man... | 245.55 | |
| | | | | Wizard Works Prod... | Pay period en... | Controls / Field Man... | 245.54 | |
| | | | | | | | 491.09 | 491.09 |
| 4384 | Check | 5/25/2007 | 50140 | Dana J Prior | Pay period en... | Fleet Bank | | 540.36 |
| | | | | Wizard Works Prod... | Pay period en... | Office Manager (Offi... | 540.36 | |
| | | | | | | | 540.36 | 540.36 |
| 4385 | Check | 5/25/2007 | 50141 | Calen A Quick | Pay period en... | Fleet Bank | | 301.21 |
| | | | | Wizard Works Prod... | Pay period en... | Laborer (Laborer) | 301.21 | |
| | | | | | | | 301.21 | 301.21 |
| 4386 | Check | 5/25/2007 | DD | PAYCHEX | | Fleet Bank | | 1,228.73 |
| | | | | Wizard Works Prod... | Pay period en... | FICA - Employee Paid | 293.63 | |
| | | | | Wizard Works Prod... | Pay period en... | Federal Income Tax... | 340.22 | |
| | | | | Wizard Works Prod... | Pay period en... | State Income Taxes... | 152.07 | |
| | | | | Wizard Works Prod... | Pay period en... | FICA - Employer Sh... | 296.71 | |
| | | | | Wizard Works Prod... | Pay period en... | State Unemploymen... | 146.10 | |
| | | | | | | | 1,228.73 | 1,228.73 |
| 4394 | Check | 5/22/2007 | DBT | UPS | Shipping mat... | Fleet Bank | | 63.88 |
| | | | | Jellystone | Materials sen... | COGS Outbound Sh... | 63.88 | |
| | | | | | | | 63.88 | 63.88 |
| 4400 | Check | 5/22/2007 | DBT | FW Webb | Jellystone pip... | Fleet Bank | | 290.00 |
| | | | | Jellystone | 2" SS  PIPE | COGS (COGS) | 290.00 | |
| | | | | | | | 290.00 | 290.00 |
| 4401 | Check | 5/22/2007 | DBT | West Marine | | Fleet Bank | | 38.87 |
| | | | | Wizard Works Prod... | | State/Local Sales Tax | 2.88 | |
| | | | | Jellystone | Horn-compct ... | COGS (COGS) | 35.99 | |
| | | | | | | | 38.87 | 38.87 |
| 4402 | Check | 5/22/2007 | DBT | Robins Florist and ... | Elbows, misc.... | Fleet Bank | | 31.80 |
| | | | | Jellystone | Material used... | COGS (COGS) | 31.80 | |
| | | | | | | | 31.80 | 31.80 |
| 4403 | Check | 5/22/2007 | DBT | Applebee's Brandon... | Scott meal w... | Fleet Bank | | 19.03 |
| | | | | Jellystone | Scott meal w... | COGS Travel (Trav... | 19.03 | |
| | | | | | | | 19.03 | 19.03 |
| 4404 | Check | 5/22/2007 | DBT | KS Korner 2 Pelahat... | Scott meal w... | Fleet Bank | | 6.84 |
| | | | | Jellystone | Scott meal w... | COGS Travel (Trav... | 6.84 | |
| | | | | | | | 6.84 | 6.84 |
| 4405 | Check | 5/23/2007 | DBT | Dukes Steak House ... | Scott meal w... | Fleet Bank | | 6.37 |
| | | | | Jellystone | Scott meal w... | COGS Travel (Trav... | 6.37 | |
| | | | | | | | 6.37 | 6.37 |
| 4406 | Check | 5/24/2007 | DBT | US Airways | Scott Plane ti... | Fleet Bank | | 411.60 |
| | | | | Jellystone | Scott 2nd Tri... | COGS Travel (Trav... | 411.60 | |
| | | | | | | | 411.60 | 411.60 |

# WIZARD WORKS Debtor in Possession
## Cash Disbursements Journal
### May 2007

| Trans # | Type | Date | Num | Name | Memo | Account | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| 4407 | Check | 5/25/2007 | DBT | Expedia.com | Booking Fee | Fleet Bank | | 5.00 |
| | | | | Jellystone | Booking Fee | Other Penalty / Fee... | 5.00 | |
| | | | | | | | 5.00 | 5.00 |
| 4408 | Check | 5/24/2007 | DBT | Applebee's Brandon... | Scott meal w... | Fleet Bank | | 15.05 |
| | | | | Jellystone | Scott meal w... | COGS Travel (Trav... | 15.05 | |
| | | | | | | | 15.05 | 15.05 |
| 4411 | Check | 5/24/2007 | DBT | FW Webb | | Fleet Bank | | 23.68 |
| | | | | Wizard Works Prod... | | State/Local Sales Tax | 1.75 | |
| | | | | Wizard Works Prod... | BARB HOSE ... | COGS (COGS) | 5.24 | |
| | | | | Wizard Works Prod... | 1/8 DRILL BI... | Indirect Materials | 3.20 | |
| | | | | Wizard Works Prod... | NIPPLE 3/8" ... | Indirect Materials | 6.91 | |
| | | | | Wizard Works Prod... | COUPLING 1... | COGS (COGS) | 6.58 | |
| | | | | | | | 23.68 | 23.68 |
| 4412 | Check | 5/22/2007 | DBT | FW Webb | | Fleet Bank | | 51.30 |
| | | | | Wizard Works Prod... | | State/Local Sales Tax | 3.80 | |
| | | | | Wizard Works Prod... | CAP 6 WELD... | COGS (COGS) | 47.50 | |
| | | | | | | | 51.30 | 51.30 |
| 4413 | Check | 5/25/2007 | DBT | Lowes | | Fleet Bank | | 101.13 |
| | | | | Wizard Works Prod... | Torch Kit | Small tools | 24.97 | |
| | | | | Jellystone | ONDURA RI... | COGS (COGS) | 76.16 | |
| | | | | | | | 101.13 | 101.13 |
| 4417 | Check | 5/25/2007 | 3370 | US Trustee | 061-03-15721... | Fleet Bank | | 500.00 |
| | | | | Wizard Works Prod... | 2ND Quarter ... | Bankruptcy Expense... | 500.00 | |
| | | | | | | | 500.00 | 500.00 |
| 4418 | Check | 5/25/2007 | DBT | Cross Gates | ASK SCOTT | Fleet Bank | | 34.50 |
| | | | | Jellystone | ASK SCOTT | COGS Travel (Trav... | 34.50 | |
| | | | | | | | 34.50 | 34.50 |
| 4419 | Check | 5/25/2007 | DBT | Robins Florist and ... | Pipe straps u... | Fleet Bank | | 8.12 |
| | | | | Jellystone | Material used... | COGS (COGS) | 8.12 | |
| | | | | | | | 8.12 | 8.12 |
| 4420 | Check | 5/29/2007 | DBT | Dukes Steak House ... | Scott meal at ... | Fleet Bank | | 21.03 |
| | | | | Jellystone | Scott meal at ... | COGS Travel (Trav... | 21.03 | |
| | | | | | | | 21.03 | 21.03 |
| 4421 | Check | 5/29/2007 | DBT | Applebee's Brandon... | Scott meal w... | Fleet Bank | | 13.82 |
| | | | | Jellystone | Scott meal w... | COGS Travel (Trav... | 13.82 | |
| | | | | | | | 13.82 | 13.82 |
| 4422 | Check | 5/29/2007 | DBT | US Postal Service | Stamps, maili... | Fleet Bank | | 13.35 |
| | | | | Wizard Works Prod... | Stamps, maili... | Postage | 13.35 | |
| | | | | | | | 13.35 | 13.35 |
| 4423 | Check | 5/29/2007 | DBT | One Stop Deli - Pel... | Scott meals ... | Fleet Bank | | 7.98 |
| | | | | Jellystone | Scott meals ... | COGS Travel (Trav... | 7.98 | |
| | | | | | | | 7.98 | 7.98 |
| 4424 | Check | 5/31/2007 | DD | Thomas W Buckton | Payroll period... | Fleet Bank | | 657.72 |
| | | | | Wizard Works Prod... | Payroll period... | Mechanical Enginee... | 657.72 | |
| | | | | | | | 657.72 | 657.72 |
| 4427 | Check | 5/31/2007 | DD | Scott R Palliser | Payroll period... | Fleet Bank | | 491.09 |
| | | | | Wizard Works Prod... | Payroll period... | Controls / Field Man... | 491.09 | |
| | | | | | | | 491.09 | 491.09 |
| 4430 | Check | 5/31/2007 | DD | PAYCHEX | Payroll period... | Fleet Bank | | 1,227.86 |
| | | | | Wizard Works Prod... | Payroll period... | FICA - Employee Paid | 307.47 | |
| | | | | Wizard Works Prod... | Payroll period... | Federal Income Tax... | 367.84 | |
| | | | | Wizard Works Prod... | Payroll period... | State Income Taxes... | 164.31 | |
| | | | | Wizard Works Prod... | Payroll period... | FICA - Employer Sh... | 310.67 | |
| | | | | Wizard Works Prod... | Payroll period... | State Unemploymen... | 77.57 | |
| | | | | | | | 1,227.86 | 1,227.86 |
| 4431 | Check | 5/31/2007 | DBT | FW Webb | Flanges - Fre... | Fleet Bank | | 1,221.02 |
| | | | | City of Freemont | 6" SLIP-ON F... | COGS (COGS) | 1,004.30 | |
| | | | | City of Freemont | 6" Blind Flang... | COGS (COGS) | 216.72 | |
| | | | | | | | 1,221.02 | 1,221.02 |

# WIZARD WORKS Debtor in Possession
## Cash Disbursements Journal
### May 2007

| Trans # | Type | Date | Num | Name | Memo | Account | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| 4432 | Check | 5/31/2007 | DBT | Woodward Co | NEED TO EN... | Fleet Bank | | 622.83 |
| | | | | Woodward Co | NEED TO EN... | COGS (COGS) | 622.83 | |
| | | | | | | | 622.83 | 622.83 |
| 4433 | Check | 5/31/2007 | DBT | Flowood Fasteners | Materials use... | Fleet Bank | | 69.76 |
| | | | | Jellystone | Materials use... | COGS (COGS) | 69.76 | |
| | | | | | | | 69.76 | 69.76 |
| 4434 | Check | 5/31/2007 | DBT | Dukes Steak House ... | Scott meals ... | Fleet Bank | | 25.35 |
| | | | | Jellystone | Scott meals ... | COGS Travel (Trav... | 25.35 | |
| | | | | | | | 25.35 | 25.35 |
| 4435 | Check | 5/31/2007 | DBT | Store #1882 Brando... | Scott meals ... | Fleet Bank | | 12.59 |
| | | | | Jellystone | Scott meals ... | COGS Travel (Trav... | 12.59 | |
| | | | | | | | 12.59 | 12.59 |
| 4436 | Check | 5/31/2007 | DBT | One Stop Deli - Pel... | Scott meals ... | Fleet Bank | | 6.28 |
| | | | | Jellystone | Scott meals ... | COGS Travel (Trav... | 6.28 | |
| | | | | | | | 6.28 | 6.28 |
| 4437 | Check | 5/31/2007 | DBT | West Coast Netting | | Fleet Bank | | 1,286.38 |
| | | | | Jellystone | NET CLIMBS | COGS (COGS) | 1,286.38 | |
| | | | | | | | 1,286.38 | 1,286.38 |
| **TOTAL** | | | | | | | **27,048.80** | **27,048.80** |