RECEIVED & FILED

OCT 1 2 2007

OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In Re:

WIZARD WORKS PRODUCT      Chapter 11
DEVELOPMENT COMPANY, INC.,     Case No. 03-15721

Debtor.

ORDER CONFIRMING MODIFIED CHAPTER 11 PLAN

The Debtor, by and through its attorneys, Goldberger and Kremer, having made a Motion for an Order confirming Debtor's Modified Third Plan of Reorganization pursuant to Bankruptcy Code Section 1127, and the Modified Third Plan of Reorganization having been transmitted to creditors, equity security holders and the Office of the United States Trustee, and no party in interest having

objected to Confirmation of the Modified Third Plan or Reorganization, and the matter having come on to be heard by the Court on October 10, 2007, and it appearing that the Modified Third Plan of Reorganization complies with all applicable requirements of the Bankruptcy Code, it is

**ORDERED**, that the Modified Third Plan of Reorganization dated September 14, 2007 filed by the Debtor is confirmed and it is further

ORDERED, that the Debtor and Debtor's attorney appear before the court on April 16, 2008 at 10:30 A.M. and show cause why the report of substantial consummation and motion for final decree have not been filed with the court.

Dated: OCT 1 2 2007

Hon. Robert E. Littlefield, Jr.
U.S. Bankruptcy Judge