**SO ORDERED.**

**SIGNED this 22 day of May, 2008.**

                                                                       _____
                                                                       ROBERT E. LITTLEFIELD, JR.
                                                                       UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

---

In Re:

WIZARD WORKS PRODUCT
DEVELOPMENT COMPANY, INC.,

     Debtor.

FINAL DECREE

Chapter 11
Case No. 03-15721

---

Upon the Report of Substantial Consummation and Application for Final Decree, along with the accompanying Final Report showing that the initial distribution to creditors has been paid, and upon the hearing before the Court held on May 21, 2008, and the Court having determined that the requirements of 11 U.S.C. Section 1101(2) have been complied with, and there being due deliberation thereon, it is

**ORDERED,** that this Chapter 11 case is hereby closed.

####