UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
445 BROADWAY
JAMES T. FOLEY U.S. COURTHOUSE
ALBANY, NEW YORK 12207

**Chambers of**
**The Hon. Robert E. Littlefield, Jr.**                                   Tel: (518) 257-1668
U.S. Bankruptcy Judge                                                     Fax: (518) 431-0192


DATE*:*  8/19/09

TO:        Irwin Meyers, Esq.

FROM:    Chambers

RE:        Case No./Adv. No.:   03-15721
           Motion at Docket No.:   194, 195, 196 and 197


The court has received your motion/order in the above referenced case.  The court declines to grant the motion/order for one or more of the following reason(s) as noted:

[ ]    Service improper pursuant to Fed.R.Bankr.P. 7004.

[ ]    Failure to comply with L.B.R. 9013-1(e). (untimely service).

[ ]    Motion not served on Debtor(s).

[ ]    Cannot be granted by default pursuant to L.B.R. 9013-4.

[ ]    Proposed order contains relief not requested in the motion - resubmit a new proposed order.

[ ]    The motion your order relates to is not on the court calendar until _____ . If the order is intended to settle the scheduled hearing, a letter must be filed on the docket and faxed to chambers at (518) 431-0192 indicating that you have the consent of the parties in interest.  Please upload order again (with any indicated changes) after filing the letter or anytime after 9:00 AM on the return date.

[ x]   Other:  CASE CLOSED 5/22/08.



   *****If the court did not sign your proposed order due to a service issue, you will need to re-serve the motion, file and serve an amended notice of hearing specifying a new hearing date, and file proof of such service. DO NOT FILE A NEW MOTION. File the amended notice as *(Bankruptcy > Notices > Notice of Hearing on Default Motion) or (Bankruptcy > Notices > Notice of Hearing)*